## Declaration of Tessa Petit

I, Tessa Petit, declare as follows:

1. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am the Executive Director of the Florida Immigrant Coalition ("FLIC"). In this capacity, I oversee everything from general operations, including programming, to financial matters, including fundraising. Previously, I was the Director of Finance and Operations of FLIC from 2016 to 2021. On August 1, 2021, I became the Co-Executive Director of FLIC. On January 6, 2023, I became the sole Executive Director.

3. FLIC is a statewide coalition of individual members and member organizations. FLIC's individual members include noncitizens at substantial risk of being prosecuted under Florida's Senate Bill 4C ("S.B. 4C"). Additionally, FLIC's member organizations include organizations that will experience substantial harm due to S.B. 4C.

### FLIC's Structure, Mission, and Programming

4. FLIC is a statewide coalition that includes about 112 individual members and 85 member organizations. FLIC is comprised of individuals including immigrants, farmworkers, and activists, as well as organizations, including grassroots organizations, community groups, and farmworker associations.

5. FLIC's mission is to grow the connection, capacity, and consciousness of communities to strengthen pro-immigrant power in Florida. FLIC is dedicated to strengthening community ties, enhancing capabilities, and raising awareness to

increase the impact of pro-immigrant initiatives across Florida that help our neighbors, community, and friends.

6. FLIC's vision is to make Florida a true home for immigrants and for all. We are committed to a just world where everyone has the fundamental right to live, love, and work without fear.

7. Our programs include Florida New Americans, which helps people become naturalized citizens. We do this by supporting citizenship clinics to assist individuals with filling out applications and to promote and provide information around naturalization. Voter registration and overall duties of democracy and civic engagement are also amongst our efforts.

8. We also have programs are directed at different sections of society: refugees, farmworkers, youth, and women. We are part of both racial justice and workers' rights initiatives. We also have a screening program to help individuals verify their eligibility for various forms of immigration relief, such as Temporary Protected Status, and complete applications for those forms of immigration relief.

9. FLIC also has several campaigns to advocate for and assist the Florida immigrant community with issues that affect the entire community, such as passing a law that allows all Florida drivers to get a driver's license. We also work to pass immigration reform that includes a roadmap to citizenship, keep families together, and protect the rights for all workers.

10. We have a Farmworker Caucus that fights to improve the lives of farmworkers and the problems they face, including pesticide exposure, limited access to education, limited access to healthcare, unfair wages, and discrimination.

11. Finally, we have a toll-free hotline that provides information to immigrant communities, allies; and concerned stakeholders as it relates to citizenship, access to college, detention and deportation, and other basic social needs.

**FLIC's Individual Members**

12. Individuals become FLIC members by signing up on FLIC's website, and paying either a yearly membership fee of $40, or a monthly membership fee of $10.

13. FLIC is a member-led organization. Our individual FLIC members are decisionmakers. They are invited to regional FLIC meetings based on their residence, where they meet to talk about priorities for the region. They are also invited to join FLIC's congress, where they can vote on organization-wide priorities for the coming year, budget matters, and for FLIC board members. FLIC's members also volunteer with FLIC's activities and join in advocacy campaigns.

14. FLIC's individual members include immigrants with diverse immigration histories, many of whom could be subject to arrest under S.B. 4C.

15. For instance, FLIC member Y.M. is a 40-year-old national of Honduras who lives in Gainesville, Florida. Y.M. lives with her U.S.-citizen son, who is a minor with a disability. She has been a member of FLIC since 2025. Y.M. entered the United States without inspection more than 20 years ago and has lived in the country continuously since then. She leaves Florida about twice per year on family vacations. She is worried about the risk of arrest or detention under S.B. 4C's entry provision. Y.M. has applied for a U visa, which might take years to complete.

3

**FLIC's Organizational Members**

16. In addition to its individual membership, FLIC also has 85 organizational members.

17. Many of these organizations have members who entered the United States without inspection or who have been previously deported from the United States. These members could be subject to arrest under S.B. 4C.

18. For instance, FLIC member organization Farmworkers Association of Florida ("FWAF") is a nonprofit, membership-based grassroots organization whose members include individuals who could be subject to arrest under S.B. 4C. One FWAF member, W.A., entered the United States without inspection in 2003. She generally travels outside of Florida on occasion for holidays, including Christmas and spring break, and then returns to Florida. She fears being arrested under the law because she fears having to be separated from her children, which would be tragic.

19. Another FWAF member, V.V., entered the United States without inspection for the first time in 2005, and was soon thereafter detained and deported. She last entered the United States without inspection in 2014, and has lived in the country continuously since then. She frequently travels outside of Florida for her work and is worried about the risk of arrest or detention under S.B. 4C. V.V. is also a member of FLIC.

20. FLIC's member organizations also include a wide range of organizations that serve immigrants. These organizations will have their operations upended by S.B. 4C, which will force them to divert significant resources from existing programs. S.B. 4C will strain already scarce resources and staff capacity, make member organizations' work more costly and difficult, require additional funding and

personnel, divert resources to entirely new lines of work, and hinder client communication and services that are central to member organizations' activities. S.B. 4C will significantly burden member organizations' ability to fulfill their missions through their programs and activities.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

*Tessa Petit*

Executed in Miami, Florida on April 2, 2025.

5