**DECLARATION OF V.V.**

I, V.V., hereby declare under the penalty of perjury under the laws of the United States of America:

1. I make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am a citizen of Guatemala. I am 35 years old. I currently live in Immokalee, Florida.

3. I live with my husband and my four U.S.-citizen children, who are 1, 3, 7, and 14 years old.

4. I am a member of Farmworker Association of Florida, Inc. and of Florida Immigrant Coalition.

5. I entered the United States without inspection for the first time in 2005. Soon after that, I was detained and deported.

6. My latest entrance without inspection into the United States was in 2014. I have lived in the country continuously since then.

7. I currently have no application to adjust my status in the United States.

8. I frequently travel outside of Florida for work. For instance, I have traveled to New Jersey during harvesting season to pick blueberries, and I intend to do so again during the next season.

9. I am worried that officers might arrest and detain me for violating S.B. 4C. I was previously deported and reentered the United States without inspection or permission by the U.S. government.  As explained above, I also travel outside of Florida for work, but I always intend to return to the state where my family lives.

10. I do not want my name to become public with this lawsuit as I fear that revealing my identity will create a risk of retaliation by federal, state, or local law enforcement officials and may result in my arrest and detention.

11. I am also deeply concerned about the social stigma and harassment I may face if details about my identity, personal life, and immigration history become public. I am especially worried for my children, all of whom are minors, who I fear may also be targeted and harassed. I have heard that some immigrants have been recently targeted by federal, state, and local officials because of their speech and participation in litigation.

I declare under penalty of perjury under the laws of the United States of America that the information provided above is true and correct.

Executed on April 1, 2025, in Immokalee, Florida



V.V.