**DECLARATION OF Y.M.**

I, Y.M., hereby declare under the penalty of perjury under the laws of the United States of America:

1. I make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I am a citizen of Honduras. I am 40 years old. I currently live in Gainesville, Florida. I am a member of the Florida Immigrant Coalition.

3. I live with my 15-year-old son, who is a United States citizen. My son has developmental delays and has received speech therapy since he was 3 years old.

4. I am the sole caretaker for my son. I provide him with financial, emotional and other support.

5. I entered the United States without inspection when I was 17 years old. I have not left the United States since that time.

6. I applied for a U visa in approximately 2022 based on the abuse that my son's father perpetrated against me. I am currently waiting for my application to be adjudicated.

7. I generally leave Florida for family vacation approximately twice a year. For example, we recently traveled to Georgia and came back to Florida. I plan to continue this travel going forward.

8. I worry that officers might arrest and detain me for violating S.B. 4C. If I am arrested and detained under S.B. 4C, I fear that I won't be able to take care of my son, who relies on me to take care of him. It would be devastating not to be able to be there for him.

9. I do not want my name to become public with this lawsuit as I fear that revealing my identity will create a risk of retaliation by federal, state, or local law enforcement officials and may result in my arrest, detention, and separation from my son. I also fear that my son's father may retaliate against me if he learns the details of my U visa application. I am also very worried about the social stigma and harassment my son and I might face if details of our identities, personal lives, medical conditions, and immigration history are made public.

I declare under penalty of perjury under the laws of the United States of America that the information provided above is true and correct.

Executed on April 2, 2025 in Gainesville, Florida


_____

Y.M.