**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*,<br><br>   *Plaintiffs*,<br><br>    v.<br><br>JAMES UTHMEIER, in his official capacity as the Attorney General of the State of Florida, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-21524 |

**DECLARATION OF CODY WOFSY IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Cody Wofsy, declare as follows:

1. I am a Deputy Director at the American Civil Liberties Union Foundation Immigrants' Rights Project ("ACLU"), and am counsel for Plaintiffs in this case. I make this declaration to describe my qualifications and those of my colleagues to serve as counsel for the Proposed Class in this case. The following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

**Cody Wofsy**

2. I am member of the California bar, and am admitted to practice in the U.S. Supreme Court; the U.S. Courts of Appeals for the First, Second, Fourth, Fifth, Sixth, Ninth, Tenth, Eleventh, and District of Columbia Circuits; and the U.S. District Courts for the Northern, Southern, Central, and Eastern Districts of California, the District of Columbia, and the Western District of Texas. I graduated from Yale Law School in 2013 and served as a Law Clerk to the

1

Honorable Myron H. Thompson of the U.S. District Court for the Middle District of Alabama and the Honorable Marsha S. Berzon of the Ninth Circuit Court of Appeals.

3.      I litigate complex immigration-related cases at all levels of the federal and state courts.  *See, e.g.*, *Grace v. Barr*, 965 F.3d 883 (D.C. Cir. 2020) (affirming in part injunction of policies limiting asylum within the expedited removal system); *East Bay Sanctuary Covenant v. Barr*, 964 F.3d 832 (9th Cir. 2020) (affirming injunction of bar on asylum for individuals who transit through third country), *amended* 994 F.3d 962 (9th Cir. 2000); *Capital Area Immigrants' Rights Coal. v. Trump*, No. 19-CV-2117-TJK, 2020 WL 3542481 (D.D.C. June 30, 2020) (vacating same bar); *East Bay Sanctuary Covenant v. Trump*, 950 F.3d 1242 (9th Cir. 2020) (affirming injunction of ban of asylum for noncitizens entering between ports of entry); *East Bay Sanctuary Covenant v. Trump*, 932 F.3d 742 (9th Cir. 2018) (denying stay of same injunction), *stay denied*, No. 18A615, 2018 WL 6713079 (U.S. Dec. 21, 2018); *Trump v. Int'l Refugee Assistance Project*, 137 S. Ct. 2080 (2017) (denying stay in part of preliminary injunction of an Executive Order barring nationals of certain countries from entering the United States); *Morales v. Chadbourne*, 235 F. Supp. 3d 388 (D.R.I. 2017) (granting partial summary judgment in case challenging immigration arrest); *Ramon v. Short*, 2020 MT 69, 399 Mont. 254, 460 P.3d 867 (holding state officers lack authority to conduct civil immigration arrests); *People ex rel. Wells v. DeMarco*, 168 A.D.3d 31, 88 N.Y.S.3d 518 (N.Y. App. Div. 2018) (same).

4.      As relevant here, I have litigated several challenges to state and local laws regulating immigration, including laws similar to S.B. 4C.  *See, e.g.*, *United States v Texas*, 97 F.4th 268 (5th Cir. 2024) (argued) (denying Texas's motion to stay preliminary injunction against state law creating entry and reentry crimes on preemption grounds); *Iowa Migrant Movement for Justice v. Bird*, 2025 WL 319926 (8th Cir. Jan 24, 2025) (involving similar state law, which the

2

Eighth Circuit affirmed an injunction against); *United States v. Oklahoma*, 739 F. Supp. 3d 985 (W.D. Okla. 2024) (granting preliminary injunction against state law creating entry and reentry crimes on preemption grounds); *Idaho Organization of Resource Councils v. Labrador*, No. 25-cv-00178 (D. Idaho filed Mar. 27, 2025) (class action) (TRO granted).

5.      I also represent amici in a number of cases involving the federal government's administration of the immigration laws.  *See, e.g.*, *Guerrero-Lasprilla v. Barr*, 140 S. Ct. 1062 (2020) (rejecting government's interpretation of jurisdictional provision); *City of Chicago v. Barr*, 961 F.3d 882 (7th Cir. 2020) (rejecting government assertion of authority to impose immigration related conditions on grant program); *City of Providence v. Barr*, 954 F.3d 23 (1st Cir. 2020) (same); *City of Philadelphia v. Attorney Gen. of United States*, 916 F.3d 276 (3d Cir. 2019), *reh'g denied* (June 24, 2019) (same); *United States v. California*, 921 F.3d 865 (9th Cir. 2019) (rejecting government efforts to enjoin California Values Act as preempted by immigration statutes), *cert. denied,* No. 19-532, 2020 WL 3146844 (U.S. June 15, 2020); *San Francisco v. Trump*, 897 F.3d 1225 (9th Cir. 2018) (affirming injunction of immigration-enforcement Executive Order); *see also Simon v. City of New York*, 893 F.3d 83 (2d Cir. 2018) (reversing dismissal of case challenging arrest on material witness warrant).

**Spencer Amdur**

6.      Spencer Amdur is a Staff Attorney at the ACLU.  He is a member of the bar of California, and is admitted to practice in the U.S. Courts of Appeals for the Second, Fourth, Fifth, Seventh, Ninth, Tenth, and District of Columbia Circuits; and the U.S. District Courts for the District of Columbia, Northern and Southern Districts of California, and the Western District of Texas.  He graduated from Yale Law School in 2013 and clerked for the Honorable Judith W. Rogers of the U.S. Court of Appeals for the D.C. Circuit.  Prior to his work at the ACLU, he was

3

a Trial Attorney at the Federal Programs Branch of the Civil Division within the U.S. Department of Justice, as well as an Arthur Liman Public Interest Fellow at the Lawyers' Committee for Civil Rights in San Francisco.

7.      Mr. Amdur litigates complex immigration-related cases at all levels of the federal and state courts. *See, e.g.*, *Trump v. Int'l Refugee Assistance Project* (described *supra*); *Roy v. County of Los Angeles*, No. 12-cv-9012, 2018 WL 914773 (C.D. Cal. Feb. 7, 2018) (granting summary judgment as to certain subclasses in class action challenge to federal and local immigration detention policies) *P.K. v. Tillerson*, 1:17- cv-01533 (D.D.C. *filed* 2017) (challenge to State Department policy denying visas to winners of the Diversity Visa Lottery); *Al Mowafak v. Trump*, No. 3:17-cv-557 (N.D. Cal. *filed* 2017) (challenge to restrictions on refugee admissions). He also represents amici in a number of cases involving the federal government's administration of the immigration laws. *See, e.g.*, *City of Chicago v. Barr and City of Philadelphia v. Att'y Gen.* (described supra); *County of Santa Clara v. Trump*, No. 17- 17480 (9th Cir.) (reviewing injunction of immigration-enforcement Executive Order).

8.      As relevant here, Mr. Amdur has litigated several challenges to state and local laws regulating immigration, including laws similar to S.B. 4C. *See, e.g.*, *United States v Texas*, 97 F.4th 268 (5th Cir. 2024) (described supra); *Iowa Migrant Movement for Justice v. Bird*, 2025 WL 319926 (8th Cir. Jan 24, 2025) (described supra); *United States v. Oklahoma*, 739 F. Supp. 3d 985 (W.D. Okla. 2024) (described supra); *Texas v. Travis Cty.*, 272 F. Supp. 3d 973 (W.D. Tex. 2017) (dismissing lawsuit seeking declaration of state immigration law's constitutionality); *Idaho Organization of Resource Councils v. Labrador*, No. 25-cv-00178 (D. Idaho filed Mar. 27, 2025) (class action) (TRO granted).

**Hannah Steinberg**

9.      Hannah Steinberg is a Staff Attorney at the ACLU.  She is a member of the California bar and is admitted to practice before the U.S. District Court for the Northern District of California and the U.S. Courts of Appeals for the Second and Ninth Circuits.  She is a 2019 graduate of Yale Law School.  After graduation, she clerked for the Honorable Robert E. Bacharach of the U.S. Court of Appeals for the Tenth Circuit and for the Honorable Lucy H. Koh, then of the U.S. District Court for the Northern District of California (now of the U.S. Court of Appeals for the Ninth Circuit).  Before joining the ACLU, she worked at Social Justice Legal Foundation.  In law school, she worked on what would become a class action of all individuals who are or will be eligible for Deferred Action for Childhood Arrivals ("DACA").  *See Batalla Vidal, et al. v. Nielsen*, No. 16-CV-4756-NGG (E.D.N.Y. filed Aug. 25, 2016).

10.      Since coming to the ACLU in 2022, Ms. Steinberg has served as counsel on major cases concerning the rights of noncitizens.  *See, e.g.*, *New Hampshire Indonesian Community Support v. Trump*, 2025 WL 457609 (D.N.H. Feb. 11, 2025).  As relevant here, Ms. Steinberg has litigated challenges to state and local laws regulating immigration, including laws similar to S.B. 4C. *See, e.g.*, *United States v Texas*, 97 F.4th 268 (5th Cir. 2024) (described supra); *United States v. Oklahoma*, 739 F. Supp. 3d 985 (W.D. Okla. 2024) (described supra); *Idaho Organization of Resource Councils v. Labrador*, No. 25-cv-00178 (D. Idaho filed Mar. 27, 2025) (class action) (TRO granted).

**Oscar Sarabia Roman**

11.      Oscar Sarabia Roman has been a Staff Attorney at the ACLU since 2022.  He graduated from U.C. Berkeley, School of Law in 2021 and clerked for the Honorable Virginia A. Phillips of the U.S. District Court for the Central District of California.  Mr. Sarabia Roman is a

5

member of the District of Columbia and California bars.  He is admitted to practice before the U.S. Court of Appeals for the Ninth Circuit and Tenth Circuit, and the U.S. District Courts for the Central District of California and the Southern District of New York.

12.     Mr. Sarabia Roman has served as counsel on several complex immigration cases, including *JGG v. Trump*, No. 25-00766 (D.D.C. filed Mar. 15, 2025) (class action); *East Bay Sanctuary Covenant v. Biden*, No. 18-cv-6810 (N.D. Cal. filed May 18, 2023); *United States v. Texas*, No. 21-cv-00173 (W.D. Tex. filed July 30, 2021).  As relevant here, Mr. Sarabia Roman has litigated challenges to state and local laws regulating immigration, including laws similar to S.B. 4C.  *See, e.g.*, *United States v. Oklahoma*, 739 F. Supp. 3d 985 (W.D. Okla. 2024); *Idaho Organization of Resource Councils v. Labrador*, No. 25-cv-00178 (D. Idaho filed Mar. 27, 2025) (class action) (TRO granted).

**Omar Jadwat**

13.     Omar Jadwat has been an attorney with the ACLU since 2002 and is the current Director.  Mr. Jadwat graduated from New York University School of Law in 2001, then clerked for the Honorable John G. Koeltl of the U.S. District Court for the Southern District of New York.

14.     Mr. Jadwat is a member of the New York bar, and is admitted to practice in the U.S. Supreme Court; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Eighth, Ninth, Tenth, Eleventh, and District of Columbia Circuits; and the U.S. District Courts for the Southern and Eastern Districts of New York.  He has argued notable immigrants' rights cases at all levels of the federal court system.

15.     Mr. Jadwat has served as counsel in multiple class action or systemic immigration cases.  His cases include: *Trump v. Int'l Refugee Assistance Project*, 137 S. Ct. 2080 (2017) (described *supra*).

16.     As relevant here, Mr. Jadwat has litigated numerous challenges to state and local laws regulating immigration, including laws similar to S.B. 4C.  *See, e.g.*,  *United States v Texas*, 97 F.4th 268 (5th Cir. 2024); *Iowa Migrant Movement for Justice v. Bird*, 2025 WL 319926 (8th Cir. Jan 24, 2025); *United States v. Oklahoma*, 739 F. Supp. 3d 985 (W.D. Okla. 2024); *Lozano v. City of Hazleton*, 724 F.3d 297, 300 (3d Cir. 2013) (argued) (affirming injunction against city provisions seeking to prohibit unauthorized noncitizens from working or renting housing); *Villas at Parkside Partners v. City of Farmers Branch, Tex.*, 726 F.3d 524, 528 (5th Cir. 2013) (affirming injunction against criminal and civil provisions seeking to prevent unauthorized noncitizens from renting housing in city); *Hisp. Int. Coal. of Alabama v. Governor of Alabama*, 691 F.3d 1236, 1240 (11th Cir. 2012) (remanding for entry of preliminary injunction against state statute seeking to bar public postsecondary education for unauthorized noncitizens); *Idaho Organization of Resource Councils v. Labrador*, No. 25-cv-00178 (D. Idaho filed Mar. 27, 2025) (class action) (TRO granted).

17.     In addition to his work at the ACLU, Mr. Jadwat has taught classes on immigration law and litigation at New York University School of Law and Cardozo School of Law.

**Grace Choi**

18.     Grace Choi is a fellow at the ACLU.  She is a member of the New York bar and is admitted to practice before the U.S. District Courts for the Southern and Eastern Districts of New York. She is a 2022 graduate of Yale Law School.  After graduation, Ms. Choi clerked for the Honorable John G. Koeltl of the U.S. District Court for the Southern District of New York and worked at the New York Legal Assistance Group in the Immigrant Protection Unit, where she represented individuals in immigration matters.  In law school, she represented a class of all immigrants detained by ICE in the First Circuit for over six months pursuant to a mandatory

detention statute, *Reid v. Donelan, et al.*, No. 13-CV-30125-MAP (D. Mass. filed July 1, 2013), and a class of immigrants detained by ICE at a detention facility in Massachusetts during the height of the COVID-19 pandemic, *Savino, et al., v. Hodgson, et al.*, No. 20-CV-10617-WGY (D. Mass. filed Mar. 27, 2020).   She joined the ACLU in 2024 and has served as counsel on major cases concerning the rights of noncitizens.   *See, e.g.*, *New Hampshire Indonesian Community Support v. Trump*, 2025 WL 457609 (D.N.H. Feb. 11, 2025); *Idaho Organization of Resource Councils v. Labrador*, No. 25-cv-00178 (D. Idaho filed Mar. 27, 2025) (class action) (TRO granted).

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Cody Wofsy*
Cody Wofsy

Executed on April 2, 2025.

8