**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>JAMES UTHMEIER, in his official capacity as the Attorney General of the State of Florida, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-21524 |

## DECLARATION OF AMY GODSHALL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Amy Godshall, declare as follows:

1.      I am a Legal Fellow with the American Civil Liberties Union of Florida working on the Immigrants' Rights team, and I am counsel for Plaintiffs in this case. I make this declaration to describe my qualifications and those of my colleagues to serve as counsel for the Proposed Class in this case. The following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

**Amy Godshall**

2.      I am a member of the Florida bar, and I am admitted to practice in the Northern, Middle, and Southern District Courts of Florida, and the Eleventh Circuit Court of Appeals. I graduated from Cornell Law School in 2023. While in law school, I participated in several immigration clinics and worked on a variety of immigration-related matters.

3.      Since coming to the ACLU of Florida, I've helped litigate several complex

1

immigration-related cases in federal courts. *See, e.g., FWAF et al. v. Uthmeier et al.*, (1:23-cv-22655-RAR) (SDFL *filed* 2023) (challenging Florida's Senate Bill 1718 Section 10 criminalizing the transportation of certain immigrants into the state); *ACLU of FL et al. v. Rhoden et al.*, 3:22-cv-01044 (MDFL *filed* 2022) (challenging an ICE detention center's lack of access to counsel); *ACLU of FL v. USCIS*, 1:24-cv-24919 (SDFL *filed* 2024) (challenging USCIS's failure to timely respond to a FOIA request); *Brown v. Ramsay*, 4:18-cv-10279 (SDFL *filed* 2018) (challenging a county's employment of an ICE detainer against a U.S. citizen).

**Daniel Tilley**

4.      Daniel Tilley is the Legal Director at the ACLU of Florida.  He is a member of the bars of Florida and New York and is admitted in the Southern, Middle, and Northern Districts of Georgia, the U.S. Court of Appeals for the Eleventh Circuit, the U.S. Court of Appeals for the Armed Forces, and the Supreme Court of the United States. He graduated from the University of Georgia School of Law in 2009 and clerked for the Honorable Margaret A. Ryan of the U.S. Court of Appeals for the Armed Forces and the Honorable Alan J. Baverman of the U.S. District Court for the Northern District of Georgia.

5.      Mr. Tilley litigates complex civil-rights cases at all levels of state and federal court. This has included cases where he served as class counsel. *See Barnett v. Tony*, 0:20-cv-61113 (SDFL *filed* 2020) (class-action concerning county jail's COVID-19 policies and practices); *Keohane v. Dixon*, 4:24-cv-434 (NDFL *filed* 2024) (proposed class-action concerning prison system's policies concerning gender-affirming care).

6.      As relevant here, Mr. Tilley has litigated several challenges to state and local laws or practices concerning immigration. *See, e.g., Yin v. Diaz*, 1:24-cv-21129 (SDFL *filed* 2024) (challenging ban on academic employment for certain international students from listed "countries

of concern"); *Shen v. Simpson*, 4:23-cv-208 (NDFL *filed* 2023) (challenging ban on ownership and purchase of certain real property in Florida for certain individuals from listed "countries of concern"); *FWAF v. Uthmeier* (*supra*); *ACLU of Florida v. Rhoden* (*supra*); *ACLU of Florida v. USCIS* (*supra*); *Brown v. Ramsay* (*supra*).

**Amien Kacou**

7.      Amien Kacou is a Staff Attorney at the ACLU of Florida.  He is a member of the Florida bar and is admitted to practice in the Northern, Middle, and Southern District Courts of Florida, and the Eleventh Circuit Court of Appeals. He graduated with a J.D. from Florida Coastal School of Law in 2007 and obtained an LL.M from Berkeley Law in 2024. Before joining the ACLU, he worked in private practice for several years, representing individuals in immigration court proceedings. In law school, he served as an intern with a legal aid organization serving refugees.

8.      Since coming to the ACLU in 2017, Mr. Kacou has served as class counsel on litigation concerning the rights of noncitizens. *See Ibrahim v. Acosta,* 1:17-cv-24574-DPG (SDFL filed 2017). In addition, Mr. Kacou has litigated various challenges to state and local laws or practices concerning immigration. *See, e.g.*, *FWAF v. Uthmeier* (*supra*); *ACLU of Florida v. Rhoden* (*supra*); *Brooks v. Woods*, 5:22-cv-00030-JA-PRL (SDFL filed 2022) (challenging a county's policy of reporting all foreign born arrests to ICE); *Brown v. Ramsay* (*supra*); *Creedle v. Miami-Dade County et al.*, 1:17-CIV-22477-KMW (SDFL *filed* 2017) (challenging a county's ICE detainer policy).

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Amy Godshall*
Amy Godshall

Executed on April 2, 2025.

3