**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMES UTHMEIER, in his official capacity as the Attorney General of the State of Florida, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-21524 |

**DECLARATION OF PAUL R. CHAVEZ IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Paul R. Chavez, declare as follows:

1.     I am the Litigation Director of Americans for Immigrant Justice ("AI Justice") and am counsel for Plaintiffs in this case. I make this declaration to describe my qualifications and those of my colleagues to serve as counsel for the Proposed Class in this case. The following facts are based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

**Paul R. Chavez**

2.     I am an attorney duly licensed to practice law in the States of Florida and California.

3.     In 2005, I graduated from the University of California, Berkeley School of Law and received the degree of juris doctor. I became a member of the Bar of the State of California in 2006 and the Bar of the State of Florida in 2019. I am admitted to practice before the U.S. District Court for the Northern District of California and the Southern District of Florida.

1

4.      I litigate immigration-related cases in federal and state courts. I am currently lead counsel for AI Justice in *The Farmworkers Ass'n of Florida v. Uthmeier*, No.1:23-cv-22655-RAR (S.D. Fla. *filed* 2023) (challenging Florida's Senate Bill 1718, Section 10 criminalizing the transportation of certain immigrants into the state).

5.      Prior to joining AI Justice, I was a Senior Supervising Attorney at the Southern Poverty Law Center ("SPLC"), where I practiced exclusively in the organization's Immigrant Justice Project.

6.      While at the SPLC, and as relevant here, I was counsel, including lead counsel, for SPLC on several immigration related federal cases. *See, e.g.*, *Florida Immigrant Coalition, Inc. et al. v. DeSantis*, No. 1:22-CV-23927 (S.D. Fla. *filed* 2022) (challenging Florida's "alien transportation program," voluntarily dismissed after repeal of challenged section); *Brooks v. Woods*, 5:22-cv-00030-JA-PRL (M.D. Fla. *filed* 2022) (challenging county's policy of reporting all foreign-born arrests to ICE); *Gayle v. Meade*, 614 F. Supp. 3d 1175 (S.D. Fla. 2020) (granting motion to certify class for immigration detainees, and motion for preliminary injunction granted in part and denied in part); *Benavides v. Gartland*, No. 5:20-cv-46, 2020 WL 3839938 (S.D. Ga. July 8, 2020) (denying motion for preliminary injunction and writ of habeas corpus); *A.P.F. v. United States,* 492 F. Supp 3d 989 (D. Ariz. *filed* 2020) (successfully settled suit that sought compensatory damages for the families who were targeted by a President Trump administration policy that separated and traumatized thousands of migrant families); *City of South Miami v. DeSantis*, 561 F. Supp. 3d 1211 (S.D. Fla. 2021) (finding sections of Florida state law unconstitutional and granting permanent injunction), *vacated and remanded sub nom. City of South Miami v. Governor*, 65 F. 4th 631 (11th Cir. 2023).

7.      Prior to my time at SPLC, I served as the Executive Director of Centro Legal de la

2

Raza ("Centro Legal"). Founded in 1969 and headquartered in Oakland California, Centro Legal has provided legal services to the immigrant community for just over 55 years. Under my supervision, Centro Legal represented thousands of low-income immigrants each year, with assistance ranging from brief legal services to class action litigation.

8. Previously, I was a Senior Staff Attorney at the Lawyers' Committee for Civil Rights of the San Francisco Bay Area, where I maintained an impact litigation docket primarily representing the low-income immigrant community. I was lead counsel for the Lawyers' Committee in *Abadia-Peixoto v. U.S. Department of Homeland Security*, 277 F.R.D. 572 (N.D. Cal. 2011), a class action certified by the Northern District of California. In that class action, we successfully challenged the unconstitutional shackling of immigrants detained during court proceedings regardless of their history or capacity for disruption. *Id.* As a result of this success, California Lawyer Magazine recognized myself and co-counsel with their Attorney of the Year Award, for extraordinary achievement in immigrant rights impact litigation.[1]

**Christina LaRocca**

9. Christina LaRocca is a Litigation Staff Attorney at AI Justice, where she represents immigrants and mixed status families in complex federal litigation and impact-focused advocacy. She is a member of the Florida Bar and is admitted to practice before the U.S. District Court for the Southern District of Florida and the U.S. Court of Appeals for the Eleventh Circuit. Ms. LaRocca graduated from Georgetown University Law Center in 2019 and, shortly thereafter, served as a fellow with the Southern Poverty Law Center's Immigrant Justice Project ("SPLC IJP") from 2019 to 2021. After completing her fellowship, she served as a Staff Attorney with the

---

[1] *See 2015 California Lawyer Attorneys of the Year: Paul R. Chavez and Robin Goldfaden*, Lawyers' Committee for Civil Rights of the San Francisco Bay Area (Feb. 19, 2015), https://lccrsf.org/news/2015-california-lawyer-attorneys-year-paul-r-chavez-robin-goldfaden/.

SPLC IJP from 2021 to 2024. She began her current position with AI Justice in August 2024.

10.     Ms. LaRocca has, and continues to, serve as counsel in multiple impact litigation matters, including federal class actions and actions seeking institutional reform and community-wide relief. Her work has focused on redressing unlawful government practices that have far-reaching consequences for immigrant communities, including: *Mons v. McAleenan*, No. 1:19-cv-01593, 2019 WL 4225322, (D.D.C. Sept. 5, 2019) (class action challenging ICE's systemic denial of parole to asylum seekers detained in the New Orleans Field Office; resulting in preliminary injunction and settlement negotiations); *City of South Miami v. DeSantis*, 408 F. Supp. 3d 1266 (S.D. Fla. 2019) (challenge to Florida's "anti-sanctuary city" law, S.B. 168); *Farmworker Ass'n of Florida. v. Moody*, 734 F. Supp. 3d 1311 (S.D. Fla. 2024) (constitutional challenge to Florida's S.B. 1718, which criminalizes the transportation of undocumented immigrants and restricts access to services).

**Evelyn Wiese**

11.     Evelyn Wiese is a Senior Litigation Attorney at AI Justice. She is a member of the California Bar and the New York Bar and is admitted to practice before the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California, the U.S. District Court for the District of New Mexico, the U.S. District Court for the Southern District of Texas, and the Ninth Circuit Court of Appeals. She graduated from Columbia Law School in 2013.

12.     Ms. Wiese has litigated several immigration-related cases in federal courts, including *Farmworker Ass'n of Florida v. Moody*, 734 F. Supp. 3d 1311 (S.D. Fla. 2024); *Bent v. Barr*, 445 F.Supp.3d 408 (N.D. Cal. 2020) (granting release to a medically vulnerable individual detained in immigration custody); *Rodriguez Diaz v. Barr*, No. 4:20-CV-01806-YGR, 2020 WL

1984301 (N.D. Cal Apr. 27, 2020), *rev'd and remanded sub nom. Rodriguez Diaz v. Garland*, 53 F.4th 1189 (9th Cir. 2022).

13.     Prior to her work at AI Justice, Ms. Wiese practiced immigration law, first as a staff attorney at the Central American Resource Center – CARECEN SF, and next as an immigration defense attorney with the Alameda County Public Defender's Office. Before practicing immigration law, Ms. Wiese worked in the international arbitration group at Shearman & Sterling LLP (now Allen Overy Shearman Sterling LLP), where her work focused on international investment disputes, and she maintained an active pro bono practice focused on immigration matters.

*/s/ Paul R. Chavez*
Paul R. Chavez

Executed on April 2, 2025.

5