UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES UTHMEIER, in his official capacity as the Attorney General of the State of Florida, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-21524-KMW |

**Plaintiffs' Response to the Court's April 3, 2025 Order**

Plaintiffs respectfully submit this Response to the Court's April 3, 2025 Order, ECF No. 20.

First, Plaintiffs have provided notice of this case and the Temporary Restraining Order ("TRO") Expedited Motion to all Defendants under Fed. R. Civ. P. 65(b)(1)(B). Plaintiffs personally served Defendants James Uthmeier, Attorney General of the State of Florida, Nicholas B. Cox, Florida Statewide Prosecutor, and Jack Campbell, State Attorney for the Second Judicial Circuit of Florida on April 3, 2025. *See* ECF No. 22. As to the remaining Defendants, on April 3, 2025, Plaintiffs conferred via telephone with Arthur I. Jacobs, who confirmed that he represents all of the state attorneys in this case, and Plaintiffs sent him via email copies of the complaint, TRO Expedited Motion, and all other filings thus far. Plaintiffs and Mr. Jacobs are in the process of finalizing an agreement under which he will accept formal service on the state attorneys' behalf. *See, e.g.*, *Farmworker Association of Florida v. Moody*,

1

No. 23-cv-22655 (S.D. Fla.) (ECF No. 42) (Plaintiffs' agreement with Mr. Jacobs, under which the state attorneys do not participate in briefing but agree to be bound by any orders enjoining the statute's enforcement). Plaintiffs have thus satisfied the requirements of Fed. R. Civ. P. 65(b)(1)(B).

Second, Plaintiffs respectfully request that the Court grant their Expedited Motion (ECF No. 4) by April 4, 2025, or as soon as the Court can accommodate. Prompt relief is warranted because S.B. 4C recently went into effect upon its enactment, and there are increasing reports that state officials have already begun arresting noncitizens under the statute. *See, e.g.*, Space Coast Daily, *First Arrest Made Under Florida's New Immigration Law Happens in Brevard County* (Mar. 13, 2025), https://perma.cc/D3DQ-UNKA (Sheriff stating that he was seeing several cases a week in his county alone); Brandon Hogan, *Trooper Arrests Man In Orange County Accused Of Illegally Entering US*, ClickOrlando.com (Mar. 19, 2025), https://perma.cc/7YZV-ZHES (stating that noncitizens had been arrested under S.B. 4C); @FLSBIE X (Mar. 19, 2025, 3:45 PM), https://perma.cc/T47H-42GZ (same). As set forth in the Expedited Motion and Declarations, Plaintiffs and their members are thus at imminent risk of arrest and detention, which will inflict serious and irreparable consequences for them and their family members, *see* Mot. at 16; Petit Decl. ¶¶ 18-20; Gomez Decl. ¶¶ 19-21; Y.M. Decl. ¶¶ 8-9; V.V. Decl. ¶¶ 9-11—all under a statute that is plainly preempted by federal law. *See, e.g., Idaho Org. of Res. Councils Inc. v. Labrador*, No. 25-cv-00178 (D. Idaho Mar. 27, 2025) (ECF No. 16) (issuing TRO against similar Idaho law).

Plaintiffs therefore request that the Court grant the Expedited Motion and enjoin enforcement of the "Illegal Entry" and "Illegal Reentry" provisions of S.B. 4C, codified at Fla. Stat. §§ 811.102-.103, by April 4, 2025, or as soon as the Court can accommodate.

Date: April 3, 2025

Cody Wofsy*
Spencer Amdur*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
samdur@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

Omar Jadwat*
Grace Choi*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org
gchoi@aclu.org

*Admitted pro hac vice*
**Motion pro hac vice forthcoming*

*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/ Amien Kacou*
Amien Kacou (FL Bar No. 44302)
Daniel B. Tilley (FL Bar No. 102882)
Amy Godshall (FL Bar No. 1049803)
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2700
akacou@aclufl.org
dtilley@aclufl.org
agodshall@aclufl.org

Paul R. Chavez (FL Bar No. 1021395)
Anne Janet Hernandez Anderson
(FL Bar No. 0018092)
Evelyn Wiese (CA Bar No. 338419)**
Christina Isabel LaRocca (FL Bar No. 1025528)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 309
Miami, FL 33166
(305) 576-6273
pchavez@aijustice.org
ajhernandez@aijustice.org
ewiese@aijustice.org
clarocca@aijustice.org