### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*,<br>    *Plaintiffs*,<br>  v.<br>JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*,<br>    *Defendants*. | No. 1:25-cv-21524-KMW |

### DEFENDANTS' MOTION FOR CLARIFICATION

This case involves Plaintiffs' challenge to Florida's SB 4-C. DE1. SB 4-C criminalizes the entry into Florida of those who have illegally entered the United States by evading federal inspection. Fla. Stat. §§ 811.102, 811.103. Plaintiffs moved for a preliminary injunction and moved for class certification to challenge SB 4-C for two classes. DE4; DE5. This Court ordered the parties to appear at a hearing on April 18, 2025, on the preliminary-injunction motion. DE28 (minute notes attached to Court order). It is unclear whether the hearing will involve only issues on the motion for preliminary injunction, or whether the Court also desires to hear from the parties about the motion for class certification. Defendants thus move to request the Court to clarify whether it intends to hear arguments on both motions at the April 18 hearing.

### CERTIFICATE OF GOOD-FAITH CONFERENCE

State Defendants conferred with all parties prior to filing this motion. The State Attorneys and Plaintiffs consent to the relief sought.

Respectfully submitted on April 11, 2025.

JAMES UTHMEIER
  *Attorney General*

/s/ *Robert S. Schenck*
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
DAVID M. COSTELLO (FBN 1004952)
  *Chief Deputy Solicitors General*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*

OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*david.costello@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on April 11, 2025, to all counsel of record.

/s/ *Robert S. Schenck*
Assistant Solicitor General