UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMES UTHMEIER, in his official capacity as the Attorney General of the State of Florida, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-21524-KMW |

## STIPULATION AND JOINT MOTION OF PLAINTIFFS AND DEFENDANTS

All Plaintiffs and Defendants Attorney General James Uthmeier and Statewide Prosecutor Nicholas B. Cox respectfully request a stay of Defendants' deadline to respond to the Complaint and all discovery deadlines.[1]

Good cause exists for staying the Answer and discovery deadlines, because the resolution of Plaintiffs' motion for preliminary injunction is likely to affect the contours of the case moving forward. Accordingly, staying Defendants' deadline to respond to the Complaint and all discovery deadlines will conserve the parties' and the Court's resources.

---

[1] On April 11, 2025, the parties conferred with Arthur Jacobs, counsel for Defendant State Attorneys, who does not oppose this motion.

Respectfully submitted,

*/s/ Amy Godshall*
Amy Godshall (FL Bar No. 1049803)
Daniel B. Tilley (FL Bar No. 102882)
Amien Kacou (FL Bar No. 44302)
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
T: (786) 363-2700
agodshall@aclufl.org
dtilley@aclufl.org
akacou@aclufl.org

Paul R. Chavez (FL Bar No. 1021395)
Evelyn Wiese (CA Bar No. 338419)*
Christina Isabel LaRocca (FL Bar No. 1025528)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 309
Miami, FL 33166
T: (305) 576-6273
pchavez@aijustice.org
ewiese@aijustice.org
clarocca@aijustice.org

Cody Wofsy*
Spencer Amdur*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
samdur@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

Omar Jadwat*
Grace Choi*
AMERICAN CIVIL LIBERTIES

JAMES UTHMEIER
  *Attorney General*

JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*

NATHAN A. FORRESTER (FBN 1045107)
DAVID M. COSTELLO (FBN 1004952)
  *Chief Deputies Solicitor General*

/s/ *Robert S. Schenck*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*

OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*david.costello@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants*

UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org
gchoi@aclu.org

Miriam Haskell (FL Bar No. 69033)
Alana Greer (FL Bar No. 92423)
Will Mann (FL Bar No. 1058086)
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
T: (305) 907-7697
miriam@communityjusticeproject.com
alana@communityjusticeproject.com
will@communityjusticeproject.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERRAL

Consistent with Local Rule 7.l(a)(3), the parties conferred by telephone with counsel for the State Attorney Defendants. As discussed above, Plaintiffs and Defendants (Attorney General Uthmeier and Statewide Prosecutor Cox) bring this motion jointly. In addition, the parties conferred by telephone with counsel for the other Defendants (State Attorneys), who does not oppose this motion.

Dated: April 11, 2025

Respectfully submitted,

*/s/ Amy Godshall*
Amy Godshall
