UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*,<br>    *Plaintiffs*,<br>v.<br>JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*,<br>    *Defendants*. | No. 1:25-cv-21524-KMW |

**JOINT MOTION FOR A STAY OF DEADLINES
TO RESPOND TO COMPLAINT AND DISCOVERY DEADLINES**

The Plaintiffs and the state attorney Defendants respectfully request a stay of the deadlines to respond to the Complaint and all discovery deadlines. On April 11, 2025, the Plaintiffs and Defendants Florida Attorney General James Uthmeier and Statewide Prosecutor Nicholas B. Cox jointly moved for a stay of the same deadlines for the Florida Attorney General and Statewide Prosecutor. DE34. The Court has not yet ruled on that motion. Since then, the state attorneys have retained the same counsel as the Florida Attorney General and Statewide Prosecutor. For the same reasons in the joint motion, good cause exists for staying any responsive pleading by the state attorneys and any remaining discovery deadlines, because the resolution of Plaintiffs' motion for preliminary injunction is likely to affect the contours of the case moving forward and the parties are likely to appeal the Court's ruling on the Plaintiffs' motion for a preliminary injunction. Accordingly, staying the remaining Defendants' deadlines to respond to the Complaint and all discovery deadlines will conserve the parties' and the Court's resources.

/s/ Amy Godshall
Amy Godshall (FL Bar No. 1049803)
Daniel B. Tilley (FL Bar No. 102882)
Amien Kacou (FL Bar No. 44302)
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
T: (786) 363-2700
agodshall@aclufl.org
dtilley@aclufl.org
akacou@aclufl.org

Paul R. Chavez (FL Bar No. 1021395)
Evelyn Wiese (CA Bar No. 338419)*
Christina Isabel LaRocca (FL Bar No. 1025528)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 309
Miami, FL 33166
T: (305) 576-6273
pchavez@aijustice.org
ewiese@aijustice.org
clarocca@aijustice.org

Cody Wofsy*
Spencer Amdur*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
samdur@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

Omar Jadwat*
Grace Choi*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Respectfully submitted on April 15, 2025.

JAMES UTHMEIER
  Attorney General

/s/ Robert S. Schenck
JEFFREY P. DESOUSA (FBN 110951)
  Acting Solicitor General
NATHAN A. FORRESTER (FBN 1045107)
DAVID M. COSTELLO (FBN 1004952)
  Chief Deputy Solicitors General
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  Assistant Solicitors General

OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
jeffrey.desousa@myfloridalegal.com
nathan.forrester@myfloridalegal.com
david.costello@myfloridalegal.com
robert.schenck@myfloridalegal.com
christine.pratt@myfloridalegal.com

*Counsel for Defendants*

IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org
gchoi@aclu.org

Miriam Haskell (FL Bar No. 69033)
Alana Greer (FL Bar No. 92423)
Will Mann (FL Bar No. 1058086) COM-
MUNITY JUSTICE PROJECT, INC. 3000
Biscayne Blvd., Suite 106
Miami, Florida 33137
T: (305) 907-7697
miriam@communityjusticeproject.com
alana@communityjusticeproject.com
will@communityjusticeproject.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on April 15, 2025, to all counsel of record.

/s/ *Robert S. Schenck*
Assistant Solicitor General