IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, FARMWORKER ASSOCIATION OF FLORIDA, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JAMES UTHMEIER, in his official capacity as The Attorney General for the State of Florida, *et al.*,<br><br>    *Defendants*. | Civil Case No. 1:25-cv-21524-KMW |

## NOTICE OF APPEARANCE BY ALANA GREER, ATTORNEY FOR PLAINTIFFS

PLEASE TAKE NOTICE that Alana Greer hereby makes an appearance as counsel of record for Plaintiffs and directs that all responsive pleadings and papers filed in the above action be served on her at the addresses listed below.

    Primary email address: alana@communityjusticeproject.com

    Secondary email address: eservice@communityjusticeproject.com

Date: April 18, 2025

Respectfully submitted,

/s/ Alana Greer
Alana Greer
Florida Bar No. 92423
alana@communityjusticeproject.com
**COMMUNITY JUSTICE PROJECT, INC.**
3000 Biscayne Blvd.
Suite 106
Miami, Florida 33137
Telephone: (305) 907-7697

*Attorney for Plaintiffs*

1