UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-21524-CV-WILLIAMS

FLORIDA IMMIGRANT COALITION, *et al.*,

    Plaintiffs,

v.

JAMES UTHMEIER, *et al.*,

    Defendants.

_____/

## OMNIBUS ORDER

**THIS MATTER** is before the Court following the April 18, 2025 Preliminary Injunction Hearing ("***Hearing***") in this matter. (DE 48.) For the reasons set forth at the Hearing, it is **ORDERED AND ADJUDGED** as follows:

1. The Temporary Restraining Order ("***TRO***") (DE 28) is **EXTENDED** and shall remain in effect through **April 29, 2025 at 5:00 p.m.** or until further order of the Court. The TRO shall be interpreted to include among those "who are in active concert or participation with" Defendants or their officers, agents, employees, or attorneys, and thus prohibited from enforcing SB 4-C, the following: any officer or other personnel within any municipal or county police department within Florida, the Florida Department of Law Enforcement, or the Florida Highway Patrol, and any other law enforcement officer with power to enforce SB 4-C. (DE 28 at 14); *see also* Fed. R. Civ. P. 65(d)(2)(C) (including "other persons who are in active concert or participation with" the parties or the parties' officers, agents, servants, employees, and attorneys among those bound by any TRO). The TRO shall also be interpreted to prohibit any person

    covered by the TRO from filing or maintaining any charge pursuant to Florida Statutes section 811.102 or 811.103.

2. Defendants shall **IMMEDIATELY** provide actual notice of the TRO to all named Defendants and their officers, agents, employees, attorneys, and any person who is in active concert or participation with them and who has not already received actual notice.

3. A Status Conference regarding the scope of the TRO/Preliminary Injunction ("*PI*") is **SET** for <u>**April 29, 2025 at 1:30 p.m.**</u> before the Honorable Kathleen M. Williams in Room 11-3 of the Wilkie D. Ferguson, Jr. United States Courthouse, located at 400 North Miami Avenue in Miami, Florida.

4. Defendants shall file a joint brief not exceeding fifteen (15) pages, explaining Defendants' interpretation of the proper scope of the TRO/PI by <u>**April 23, 2025 at 12:00 p.m.**</u> Plaintiffs shall file a joint response brief not exceeding fifteen (15) pages by <u>**April 26, 2025 at 5:00 p.m.**</u> Any joint reply brief by Defendants must be filed by <u>**April 28, 2025 at 3:00 p.m.**</u> and may not exceed five (5) pages.

    **DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>18th</u> day of April, 2025.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE