**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*, <br>  *Plaintiffs*, <br> v. <br> JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*, <br> *Defendants*. | No. 1:25-cv-21524-KMW |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

On April 11, 2025, Plaintiffs filed a motion for leave to proceed anonymously. DE33. Defendants plan to respond to that motion, which will take considerable time and resources. That response is due on April 25. An extension of that deadline is warranted for several reasons. At the same time as this motion, the parties are extensively briefing and litigating Plaintiffs' motion for a temporary restraining order and preliminary injunction, as well as their motion for class certification. DE4; DE5; DE40; DE44; DE45; DE46. The Court requested supplemental briefing in the matter and set another hearing for April 29. DE49. Counsel for Defendants also have significant obligations in the Office of the Florida Solicitor General, with numerous cases pending in state and federal court. Further, no prejudice will result to Plaintiffs from an extension of time. Defendants thus respectfully request an extension of two weeks to file their response to Plaintiffs' motion for leave to proceed anonymously, with that response due no later than Friday, May 9, 2025, and that would make Plaintiffs' reply due May 16, 2025.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Defendants have conferred with Plaintiffs regarding the relief sought in this motion, and Plaintiffs do not oppose this request.

Respectfully submitted on April 21, 2025.

JAMES UTHMEIER
  *Attorney General*

/s/ *Christine Pratt*_____
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
DAVID M. COSTELLO (FBN 1004952)
  *Chief Deputy Solicitors General*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*

OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*david.costello@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the CM/ECF website and served on April 21, 2025, to all counsel of record.

*/s/ Christine Pratt*
Assistant Solicitor General
