## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*, <br>     *Plaintiffs*, <br>   v. <br> JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*, <br>     *Defendants*. | No. 1:25-cv-21524-KMW |

### [PROPOSED] ORDER ON EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

The Court having received the Defendants' motion for an extension of time to file their response to the Plaintiffs' motion for leave to proceed anonymously, and the Court having considered that motion, it is hereby:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Defendants may file their response by May 9, 2025 and Plaintiffs may file their reply by May 16, 2025.

Dated: _____, 2025

                                                          The Honorable Kathleen M. Williams
                                                               U.S. District Court Judge