UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMES UTHMEIER, in his official capacity as the Attorney General of the State of Florida, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-21524-KMW |

## **JOINT MOTION FOR APRIL 29TH HEARING TO BE HELD TELEPHONICALLY**

The parties respectfully request that the Court consider holding the April 29, 2025 hearing telephonically, given that it concerns a limited collateral issue arising from the prior preliminary injunction hearing and will be the subject of focused briefing. The parties recognize the Court's discretion in determining the appropriate format for proceedings and only note that a telephonic hearing would avoid requiring lead counsel—who are based in San Francisco and Tallahassee—to travel to Miami for a limited hearing. Should the Court prefer in-person appearances, the parties will make themselves fully available to appear in person.

Respectfully submitted,

/s/ Amy Godshall
Amy Godshall (FL Bar No. 1049803)
Daniel B. Tilley (FL Bar No. 102882)
Amien Kacou (FL Bar No. 44302)
ACLU Foundation of Florida, Inc.
4343 West Flagler Street, Suite 400
Miami, FL 33134
T: (786) 363-2700
agodshall@aclufl.org
dtilley@aclufl.org
akacou@aclufl.org

Paul R. Chavez (FL Bar No. 1021395)
Evelyn Wiese (CA Bar No. 338419)*
Christina Isabel LaRocca (FL Bar No. 1025528)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 309
Miami, FL 33166
T: (305) 576-6273
pchavez@aijustice.org
ewiese@aijustice.org
clarocca@aijustice.org

Cody Wofsy*
Spencer Amdur*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
samdur@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

Omar Jadwat*
Grace Choi*
AMERICAN CIVIL LIBERTIES

JAMES UTHMEIER
  Attorney General

JEFFREY P. DESOUSA (FBN 110951)
  Acting Solicitor General

NATHAN A. FORRESTER (FBN 1045107)
DAVID M. COSTELLO (FBN 1004952)
  Chief Deputies Solicitor General

/s/ Robert S. Schenck
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  Assistant Solicitors General

OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
jeffrey.desousa@myfloridalegal.com
nathan.forrester@myfloridalegal.com
david.costello@myfloridalegal.com
robert.schenck@myfloridalegal.com
christine.pratt@myfloridalegal.com

Counsel for Defendants

UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org
gchoi@aclu.org

Miriam Haskell (FL Bar No. 69033)
Alana Greer (FL Bar No. 92423)
Will Mann (FL Bar No. 1058086)
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
T: (305) 907-7697
miriam@communityjusticeproject.com
alana@communityjusticeproject.com
will@communityjusticeproject.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERRAL

Consistent with Local Rule 7.l(a)(2), the parties conferred by email to bring this motion jointly.

Dated: April 21, 2025

                                                Respectfully submitted,

                                                */s/ Amy Godshall*
                                                Amy Godshall