# EXHIBIT A



OFFICE OF THE ATTORNEY GENERAL

**JAMES UTHMEIER**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone (850) 414-3300
Fax (850) 487-0168
https://www.myfloridalegal.com

April 23, 2025

**VIA EMAIL**
Florida Department of Law Enforcement
Florida Highway Patrol
Florida Sheriffs
Florida Police Chiefs

Re: *Fla. Immigrant Coal. et al. v. Uthmeier et al.*, No. 25-cv-21524 (S.D. Fla.)

Good afternoon,

I write to provide an update on my Friday, April 18 letter. In that communication, I notified you that U.S. District Judge Kathleen M. Williams believed all law enforcement agencies in Florida were bound by an *ex parte* temporary restraining order she issued on April 4, 2025 in *Fla. Immigrant Coal. v. Uthmeier*, No. 1:25-cv-21524, a case in which *no law enforcement agencies are parties*. I explained that I believed her after-the-fact expansion of her order to nonparties was wrong, and that my office would be arguing as much in short order. Today, my office filed a brief explaining why her order cannot possibly restrain Florida's law enforcement agencies from enforcing Florida Statutes Sections 811.102 and 811.103. We will continue to argue that position—including on appeal as soon as possible.

That said, I want to make clear what I expressed in my April 18 letter. Judge Williams ordered my office to notify you of the evolving scope of her order, and I did so. But I cannot prevent you from enforcing §§ 811.102 and 811.103, where there remains no judicial order that properly restrains you from doing so. As set forth in the brief my office filed today, it is my view that no lawful, legitimate order currently impedes your agencies from continuing to enforce Florida's new illegal entry and reentry laws.

Sincerely,

*James Uthmeier*
James Uthmeier
*Attorney General of Florida*