# EXHIBIT E

# Tallahassee Democrat.

LOCAL

# Florida state attorney warns police to stop enforcing immigration law or risk contempt

*'This is not optional, and the Court has the ability to hold each of us in contempt for not following her direction,' Jack Campbell said.*



**Elena Barrera**
Tallahassee Democrat

Updated April 25, 2025, 1:06 p.m. ET

**Key Points**  AI-assisted summary

- Florida's 2nd Judicial Circuit law enforcement officers have been told to not enforce the state's new immigration law.
- State Attorney Jack Campbell warned of potential contempt of court charges for non-compliance with a federal judge's temporary restraining order.
- The new law increases penalties for undocumented immigrants entering Florida and has sparked controversy and legal challenges.

All law enforcement officers in Florida's 2nd Judicial Circuit have been told by State Attorney Jack Campbell to "refrain" from enforcing Florida's immigration law – or face legal repercussions.

"This is not optional, and the Court has the ability to hold each of us in contempt for not following her direction," Campbell, the Big Bend's top elected prosecutor, wrote in a April 23 letter, referring to a federal judge's order to temporarily suspend the law. "Please contact me if you have any questions or concerns."

Addressed to all sheriff's offices and police departments in Leon, Gadsden, Wakulla, Liberty, Franklin and Jefferson counties, as well as universities' police

departments, Capitol Police Department, Florida Highway Patrol, Florida Department of Law Enforcement and Florida Fish and Wildlife Conservation Commission, Campbell's message reminded them of Miami-based U.S. District Judge Kathleen Williams' temporary restraining order.

Campbell's office was directed to notify all the agencies. "Please instruct your officers and agents to comply with Judge Williams' directives," wrote Campbell, a Democrat first elected in 2016.

## What is Florida's new immigration law?

The law, approved by the Republican-controlled Legislature and Gov. Ron DeSantis in February, makes it a misdemeanor for undocumented immigrants aged 18 and older to knowingly enter Florida "after entering the United States by eluding or avoiding examination or inspection by immigration officers."

The law also requires minimum nine-month prison terms for each violation — the federal Immigration and Nationality Act allows for a fine or probation — with longer sentences for subsequent convictions.

Williams, however, granted a request for a temporary restraining order against the law. The Florida Immigrant Coalition, Farmworker Association of Florida and two individual plaintiffs said the law violates the Supremacy Clause of the U.S. Constitution by encroaching on federal duties.

The Miami Herald has reported that Attorney General James Uthmeier's office "directed state law enforcement officers to stand down on enforcing a new state immigration law, guidance that came shortly after (Williams) said she was 'astounded' that state authorities had continued to make arrests despite her ordering them not to."

A request for comment is pending with Uthmeier's press office.

Williams "stopped short of considering holding state authorities in contempt of

court. Instead, she extended her initial 14-day restraining order for another 11 days."

But Uthmeier, in a letter to law enforcement sent earlier this week, did an about face, saying he would not stop agencies from enforcing the law because of his belief both local and state law enforcement aren't obligated to comply with Williams.

"I cannot prevent you from enforcing §§811.102 and 811.103, where there remains no judicial order that properly restrains you from doing so," Uthmeier wrote.

## Local agreement to cooperate with ICE sparked concern

In March, the Tallahassee Police Department signed a memorandum of agreement that detailed its commitment to helping Immigration and Customs Enforcement (ICE) round up illegal immigrants.

The decision to abide by the state's directive generated a lot of backlash from the community and several local leaders, who questioned whether the move was required.

The memorandum allowed for select officers to carry out functions of an immigration officer such as the power to interrogate "any alien or person believed to be an alien," and "arrest without a warrant any alien entering or attempting to unlawfully enter the United States," according to the document.

"Are we playing dumb here to say that this isn't a matter that we know will impact our community that at the very least will raise concerns from community members?" City Commissioner Jack Porter asked during a March 26 city commission meeting.

*Local government watchdog reporter Elena Barrera can be reached at ebarrera@tallahassee.com. Follow her on X: @elenabarreraaa.*