# EXHIBIT F

ADVERTISEMENT

LIVE:
Pope Francis funeral     LIVE:
Funeral del papa Francisco     Trump-Zelenskyy at Vatican     Iran explosion     Virginia Giuffre dies

LIVE:
Pope Francis funeral     LIVE:
Funeral del papa Francisco     Trump-Zelenskyy at Vatican     Iran explosion     Virginia Giuffre dies

U.S. NEWS

# A US citizen was held for pickup by ICE even after proving he was born in the country



Juan Carlos Lopez Gomez, 20, a U.S. citizen, hugs his mother in Tallahassee, Fla., after his April 17, 2025 release from jail where he was being held by federal immigration authorities. (Thomas Kennedy via AP)

Read More



BY GISELA SALOMON
Updated 4:00 AM PDT, April 19, 2025

MIAMI (AP) — A U.S. citizen was arrested in Florida for allegedly being in the country illegally and held for pickup by immigration authorities even after his mother showed a judge her son's birth certificate and the judge dismissed charges.

Juan Carlos Lopez Gomez, 20, was in a car that was stopped just past the Georgia state line by the Florida Highway Patrol on Wednesday, said Thomas Kennedy, a spokesperson at the Florida Immigrant Coalition.

Gomez and others in the car were arrested under a [new Florida law](#), which is on hold, making it a crime for people who are in the country illegally to enter the state.

It is unclear if Lopez Gomez showed documents proving he is a citizen to the arresting officers. He was held at Leon County Jail and released after his case received widespread media coverage.

The charge of illegal entry into Florida was dropped Thursday after his mother showed the judge his state identification card, birth certificate and Social Security card, said Kennedy, who attended the hearing.

ADVERTISEMENT



Court records show Judge Lashawn Riggans found no basis for the charge.

Lopez Gomez briefly remained in custody after U.S. Immigration and Customs Enforcement requested he remain there for 48 hours, a common practice when the agency wants to take custody of someone. ICE did not respond to a request for comment.

**RELATED STORIES**



**NYC lets immigration officials open an office at Rikers jail, a priority for Trump**



4/26/25, 7:23 AM
Case 1:25-cv-21524-KMW    Document 57-6    Entered on FLSD Docket 04/26/2025    Page 5 of 7
US citizen held by ICE event after proving he was born in the country | AP News

**Abuse complaints mount at oldest immigration detention center in Miami**



**A look at who has been detained or deported in a US crackdown on mostly pro-Palestinian protesters**

The case drew widespread attention because ICE is not supposed to take custody of U.S.-born citizens. While the immigration agency can occasionally get involved in cases of naturalized citizens who committed offenses such as lying on immigration forms, it has no authority over people born in the U.S.

Adding to the confusion is a federal judge's ruling to put a hold on enforcement of the Florida law against people who are in the country illegally entering the state, which meant it should not have been enforced.

"No one should be arrested under that law, let alone a U.S. citizen," said Alana Greer, an immigration attorney from the Florida Immigrant Coalition. "They saw this person, he didn't speak English particularly well, and so they arrested him and charged him with this law that no one (should) be charged with."

___

Associated Press reporter Nicholas Riccardi in Denver contributed to this report.



**GISELA SALOMON**
Salomon is a Miami-based reporter who covers Latin America and immigration affairs for The Associated Press.
Salomon es una periodista que desde Miami cubre asuntos latinoamericanos y de inmigracion.

𝕏  ✉



Rob Holland, famed aerobatic pilot, dies in crash before Virginia airshow

PAID FOR BY WELLNESSGUIDE

**Forget Furosemide, Use This Household Item To Help Drain Edema Fluid** [↗]

Forget Furosemide, Use This Household Item To Help Drain Edema Fluid



ADVERTISEMENT

## MOST READ

4/26/25, 7:23 AM
Case 1:25-cv-21524-KMW   Document 57-6   Entered on FLSD Docket 04/26/2025   Page 7 of 7
US citizen held by ICE even after proving he was born in the country | AP News



| 1 | **FBI arrests a Milwaukee judge accused of helping a man evade immigration authorities** |
|---|---|
| 2 | **Shedeur Sanders falls to day 3 of NFL draft with 5 QBs picked ahead of Coach Prime's son** |
| 3 | **Ex-US Rep. George Santos sentenced to over 7 years in prison for fraud and identity theft** |
| 4 | **Trump pardons Nevada politician who paid for cosmetic surgery with funds to honor a slain officer** |
| 5 | **Largest federal employee union, a leading Trump opponent, to lay off more than half of staff** |

ADVERTISEMENT