# EXHIBIT G

# 'Not discretionary': James Uthmeier warns Donna Deegan not to veto Jacksonville illegal immigration law

**Deegan's response? 'No comment.'**

Florida's Attorney General says Jacksonville's Mayor would be out of line if she vetoes a local crackdown on illegal immigration that the City Council passed this week.

"No excuses," said Republican Attorney General **James Uthmeier** as Democratic Mayor **Donna Deegan** mulls a veto of the "**Jacksonville Illegal Immigration Enforcement Act**," which would make being unlawfully in the country a "local crime" in the city, punishable with jail time.

Deegan says the bill is "redundant" and she worries about "unintended consequences."

But Uthmeier, appointed recently by Gov. **Ron DeSantis**, said a veto would bring consequences of its own for flouting state law and not doing "everything possible with the resources they have to help the federal government execute federal immigration laws."

"That has been made clear, and if a city official takes action to impede or prevent law enforcement from undergoing the necessary training and participating with the feds to get these people back where they came from, then I do believe the law is violated and that there will be penalties for that," Uthmeier said Thursday at the St. Johns County Sheriff's Office.

"So everybody in local government should be on notice. This is not discretionary. We as a state made a decision, our Legislature voted, and the Governor signed a bill that made very clear we are going to work with the federal government and we are going to execute federal immigration laws."

Mayor Deegan is offering "no comment," per a spox. Yet pressure is building.

**Gov. DeSantis** also wants the bill signed.

"Great job to the City of Jacksonville in following Florida law and empowering their law enforcement to assist in the enforcement of laws against illegal immigration. I am pleased to see this follow from our work in the special session I called in January to insist that all state and local entities participate in immigration enforcement," he posted to social media Wednesday.

And bill sponsor **Kevin Carrico**, the current Council Vice President who will become President in July, is outraged by Deegan's dawdling.



"Mayor Deegan's refusal to sign the Jacksonville Illegal Immigration Enforcement Act is unconscionable. This bill is simple: it aligns our city with the priorities of the President and Governor, cracks down on those who break the law, and gives the Sheriff's Office the resources it needs to enforce state law and keep our community safe," Carrico told Florida Politics.

Meanwhile, Councilman **Rory Diamond** wants a binding opinion from the General Counsel regarding whether Deegan can legally veto or sign the legislation without violating local, state, or federal law.

 A.G. Gancarski

March 27, 2025

4 min

Donna Deegan

Jacksonville Illegal Immigration Enforcement Act

James Uthmeier

## Related Articles



FEDERAL

### 3 House Republicans from Florida with Cuban roots carefully navigate Donald Trump's immigration policies

BUDGET

### House advances tax package as tourism leaders fear repercussions from hotel tax changes

INFLUENCE

### Ben Albritton says bill to lower minimum wage is dead



# A.G. Gancarski

A.G. Gancarski has been the Northeast Florida correspondent for Florida Politics since 2014. His work also can be seen in the Washington Post, the New York Post, the Washington Times, and National Review, among other publications. He can be reached at AG@FloridaPolitics.com or on Twitter: @AGGancarski


PREVIOUS
James Uthmeier honors Jared Bridegan widow for 'Bexley's boxes'

NEXT
Legislation to boost support for children with autism advances
