UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMES UTHMEIER, in his official capacity as the Attorney General of the State of Florida, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-21524-KMW |

### **PLAINTIFFS' RESPONSE TO THE COURT'S APRIL 26, 2025 ORDER**

Plaintiffs submit that, in light of the arguments raised by Defendants in their supplemental brief, Dkt. 56, oral argument would be helpful and respectfully request that the hearing proceed in person as scheduled.

Date: April 26, 2025

Respectfully submitted,

/s/ Amien Kacou

| | |
|---|---|
| Cody Wofsy* <br> Spencer Amdur* <br> Hannah Steinberg* <br> Oscar Sarabia Roman* <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT <br> 425 California Street, Suite 700 <br> San Francisco, CA 94104 <br> T: (415) 343-0770 <br> cwofsy@aclu.org <br> samdur@aclu.org <br> hsteinberg@aclu.org <br> osarabia@aclu.org | Amien Kacou (FL Bar No. 44302) <br> Amy Godshall (FL Bar No. 1049803) <br> Daniel B. Tilley (FL Bar No. 102882) <br> ACLU FOUNDATION OF FLORIDA, INC. <br> 4343 West Flagler Street, Suite 400 <br> Miami, FL 33134 <br> (786) 363-2700 <br> akacou@aclufl.org <br> agodshall@aclufl.org <br> dtilley@aclufl.org <br><br> Paul R. Chavez (FL Bar No. 1021395) <br> Evelyn Wiese (CA Bar No. 338419)* <br> Christina Isabel LaRocca (FL Bar No. 1025528) |

Omar Jadwat*
Grace Choi*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org
gchoi@aclu.org


*  *Admitted pro hac vice*

*Counsel for Plaintiffs*

AMERICANS FOR IMMIGRANT
JUSTICE
6355 NW 36 Street, Suite 309
Miami, FL 33166
(305) 576-6273
pchavez@aijustice.org
ewiese@aijustice.org
clarocca@aijustice.org

Miriam Haskell (FL Bar No. 69033)
Alana Greer (FL Bar No. 92423)
Will Mann (FL Bar No. 1058086)
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
T: (305) 907-7697
miriam@communityjusticeproject.com
alana@communityjusticeproject.com
will@communityjusticeproject.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on April 26, 2025, to all counsel of record.

/s/ / *Amien Kacou*
Amien Kacou