# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*, <br><br>    *Plaintiffs*, <br> v. <br><br> JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*, <br><br>    *Defendants*. | No. 1:25-cv-21524-KMW |

## DEFENDANTS' RESPONSE TO THE COURT'S APRIL 26, 2025 ORDER

Defendants appreciate the opportunity to file supplemental briefs on the question of the proper scope of any injunction in this case. In light of those briefs, Defendants believe oral argument is unnecessary and are prepared to stand behind the arguments in their brief. If however the Court believes it would benefit from oral argument, Defendants are prepared to appear before the Court on April 29.

Respectfully submitted on April 27, 2025.

JAMES UTHMEIER
  *Attorney General*

/s/ *David M. Costello*
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
DAVID M. COSTELLO (FBN 1004952)
  *Chief Deputy Solicitors General*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*david.costello@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on April 27, 2025, to all counsel of record.

                                          /s/ *David M. Costello*
                                          Chief Deputy Solicitor General