UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-21524-KMW |

## NOTICE OF APPEARANCE

Please take notice that Jesse Panuccio of Boies Schiller Flexner LLP, admitted to practice in this Court, hereby appears as counsel for Defendant Attorney General James Uthmeier for the limited purpose of representing him in the show cause proceedings pursuant to the Court's Omnibus Order of April 29, 2025. DE 67 at 48. All parties are requested to serve copies of all future papers with respect to the Order to Show Cause upon said counsel at the address listed below or through the Court's electronic portal, as appropriate.

Dated: May 12, 2025

Respectfully submitted,

s/ *Jesse Panuccio*
Jesse Panuccio
(Florida Bar No. 31401)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
jpannucio@bsfllp.com
ftleserve@bsfllp.com

*Counsel for the Attorney General of the State of Florida for the Contempt Proceedings*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

s/ *Jesse Panuccio*
Jesse Panuccio
