UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMES UTHMEIER, in his official capacity as the Attorney General of the State of Florida, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-21524-KMW |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR A STAY PENDING APPEAL OF PRELIMINARY INJUNCTION

On April 30, 2025, Defendants moved for a stay pending appeal of this Court's preliminary injunction order. DE 69 ("Mot."). On May 7, Defendants moved for the same relief in the Eleventh Circuit. DE 7, *Florida Immigrant Coal. v. Uthmeier*, No. 25-11469 (11th Cir.). Plaintiffs plan to respond to the motion at the Eleventh Circuit by Friday, May 16.

None of Defendants' arguments justify a stay. First, Defendants argue that Plaintiffs lack standing, Mot. 3, but as this Court correctly held, Plaintiffs—who are subject to prosecution under S.B. 4C—have standing to challenge the law. DE 67 ("PI Order") 7-12. Second, Defendants assert that Plaintiffs lack a cause of action, Mot. 3-4, but as this Court recognized, Plaintiffs invoke the Court's equitable jurisdiction permitting the Court to review challenges to preempted state laws. PI Order 12 n.8. Third, contrary to Defendants' arguments, Mot. 4, and as this Court correctly concluded, S.B. 4C is clearly preempted. PI Order 13-25. Fourth, this Court correctly enjoined law enforcement under Rule 65 because they are agents of Defendants and are in active

concert and participation with Defendants given the close relationship between law enforcement and prosecutors. *Id.* at 38-47. Finally, the balance of equities does not favor staying the injunction—rather, as this Court correctly concluded, *id.* at 27-28, an injunction is in the public interest. *See also United States v. Alabama*, 691 F.3d 1269, 1301 (11th Cir. 2012) ("[W]e discern no harm from the state's nonenforcement of invalid legislation"). Therefore, this Court should deny Defendants' motion for a stay pending appeal.

Date: May 14, 2025                                        Respectfully submitted,

|  |  |
|---|---|
| | /s/ Amien Kacou |
| Cody Wofsy* | Amien Kacou (FL Bar No. 44302) |
| Spencer Amdur* | Amy Godshall (FL Bar No. 1049803) |
| Hannah Steinberg* | Daniel B. Tilley (FL Bar No. 102882) |
| Oscar Sarabia Roman* | ACLU FOUNDATION OF FLORIDA, INC. |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT | 4343 West Flagler Street, Suite 400 |
| 425 California Street, Suite 700 | Miami, FL 33134 |
| San Francisco, CA 94104 | (786) 363-2700 |
| T: (415) 343-0770 | agodshall@aclufl.org |
| cwofsy@aclu.org | dtilley@aclufl.org |
| samdur@aclu.org | akacou@aclufl.org |
| hsteinberg@aclu.org | |
| osarabia@aclu.org | Paul R. Chavez (FL Bar No. 1021395) |
| | Evelyn Wiese (CA Bar No. 338419)* |
| | Christina Isabel LaRocca (FL Bar No. 1025528) |
| Omar Jadwat* | AMERICANS FOR IMMIGRANT JUSTICE |
| Grace Choi* | 6355 NW 36 Street, Suite 309 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT | Miami, FL 33166 |
| 125 Broad St., 18th Floor | (305) 576-6273 |
| New York, NY 10004 | pchavez@aijustice.org |
| T: (212) 549-2660 | ewiese@aijustice.org |
| ojadwat@aclu.org | clarocca@aijustice.org |
| gchoi@aclu.org | |
| | Miriam Haskell (FL Bar No. 69033) |
| | Alana Greer (FL Bar No. 92423) |
| *\* Admitted pro hac vice* | Will Mann (FL Bar No. 1058086) |
| | COMMUNITY JUSTICE PROJECT, INC. |
| *Counsel for Plaintiffs* | 3000 Biscayne Blvd., Suite 106 |
| | Miami, Florida 33137 |
| | T: (305) 907-7697 |

1

miriam@communityjusticeproject.com
alana@communityjusticeproject.com
will@communityjusticeproject.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on May 14, 2025, to all counsel of record.

/s/ *Amien Kacou*
Amien Kacou