# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

FLORIDA IMMIGRANT COALITION, *et al.*,

    *Plaintiffs*,

v.

JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*,

    *Defendants*.

No. 1:25-cv-21524-KMW

## FLORIDA ATTORNEY GENERAL'S BIWEEKLY STATUS REPORT

The Attorney General of Florida James Uthmeier, in compliance with this Court's order requiring biweekly status reports on "any arrests, detentions, or law enforcement actions pursuant to S.B. 4-C," DE96 at 26, states:

On June 30, 2025, the Attorney General became aware of the following arrests under SB 4-C since the Court's order on April 18, 2025:

- Alejandro Perez (Case No. 2025-MM-001093, St. Johns County): Mr. Perez was arrested on May 29, 2025, by the St. Johns County Sheriff's Office on one count of illegal entry. He had an active immigration detainer from Immigration and Customs Enforcement (ICE), and was released on recognizance by the trial court on June 10, 2025. No information was filed by the state attorney's office against Mr. Perez.

- Juan Miguel Aguilar (Case No. 2025-MM-001086, St. Johns County): Mr. Aguilar was arrested on May 29, 2025, by the St. Johns County Sheriff's Office on one count of illegal entry and one count of driving without a valid driver's license. At the first appearance, Mr. Aguilar

pleaded guilty to the charges. The trial court sentenced Mr. Aguilar to 3 days' imprisonment in county jail for each charge, to run concurrently. No information was filed by the state attorney's office against Mr. Aguilar.

The Attorney General learned of this activity in response to a June 25, 2025, request for information that also again notified Florida's state attorneys and law enforcement agencies of the Court's preliminary injunction. **See Attachment A**.

Florida law-enforcement officers continue to make numerous immigration-related arrests and detentions pursuant to their delegated authorizations under Section 287(g) agreements with the federal government. *See* 8 U.S.C. § 1357(g). Those agreements grant state and local law-enforcement agencies "[t]he power and authority to arrest," to "maintain custody," "to interrogate," and "prepare charging documents" for aliens based on violations of federal immigration law.[1] The Attorney General supports those efforts to tackle the illegal immigration crisis and expects all state and local jurisdictions—as state law requires—to "use best efforts to support the enforcement of federal immigration law." § 908.104(1), Fla. Stat.

---

[1] *E.g.*, *Memorandum of Agreement*, ICE, https://tinyurl.com/5epbw6vf (agreement with Florida Highway Patrol). Several law-enforcement offices across the State have these agreements, including the Florida Department of Law Enforcement, county sheriff's offices, and local police departments. *See 287(g) Participating Agencies*, U.S. Immigr. & Customs Enforcement, available at https://tinyurl.com/ytmvnhhk (to access downloadable spreadsheet of agencies with Section 287(g) agreements, scroll down to "287(g) Participating Agencies" and click on "View 287(g) Participating Agencies" button).

Respectfully submitted on July 1, 2025.

JAMES UTHMEIER
  *Attorney General*

/s/ *Robert S. Schenck*
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on July 1, 2025, to all counsel of record.

/s/ *Robert S. Schenck*
Assistant Solicitor General