Case 1:25-cv-21524-KMW   Document 97-1   Entered on FLSD Docket 07/01/2025   Page 1 of 3

# Attachment A

 Outlook

RE: ** Notice regarding temporary restraining order **

**From** Jeffrey DeSousa <Jeffrey.DeSousa@myfloridalegal.com>
**Date** Wed 6/25/2025 11:59 AM
**To** Arthur I. "Buddy" Jacobs <aijacobs@comcast.net>; Wayne Evans <REvans@anblaw.com>; Marsey, David <dmarsey@rumberger.com>; Arthmann, David <DavidArthmann@flhsmv.gov>; Kateholmes@fdle.state.fl.us <Kateholmes@fdle.state.fl.us>; Sean.Garner@fdacs.gov <Sean.Garner@fdacs.gov>; Rachel.Kamoutsas@Flbog.edu <Rachel.Kamoutsas@Flbog.edu>; doug@jswflorida.com <doug@jswflorida.com>
**Cc** Jason Muehlhoff <Jason.Muehlhoff@myfloridalegal.com>; Christine Pratt <Christine.Pratt@myfloridalegal.com>; David Dewhirst <David.Dewhirst@myfloridalegal.com>; Robert Schenck <Robert.Schenck@myfloridalegal.com>; samuel.elliott@eog.myflorida.com <samuel.elliott@eog.myflorida.com>; Ryan.Newman@eog.myflorida.com <ryan.newman@eog.myflorida.com>; Jeremy Redfern <Jeremy.Redfern@myfloridalegal.com>; Julie Chaikin <Julie.Chaikin@myfloridalegal.com>

Dear State Attorneys and Law Enforcement,

As you know, the federal district court for the Southern District of Florida in *Florida Immigration Coalition v. Uthmeier* has preliminarily enjoined the defendants (and all Florida law enforcement officers, who are not party to the case or under Defendants' control) from enforcing Florida's SB 4-C. As a reminder, SB 4-C bars illegal aliens from entering and re-entering Florida. In a recent order, the district court ordered the Attorney General to file biweekly status reports indicating whether arrests have been made under SB 4-C.

To comply with this order, we respectfully request your assistance. Should law enforcement or prosecutors learn of any such arrests, please notify our office one day before our biweekly status deadline on Tuesdays starting July 1. You can email robert.schenck@myfloridalegal.com with those updates, which will be very helpful for us. The deadlines for the next few months are:

- July 1, 2025: any updates from your offices sent to us by Monday, June 30.
- July 15, 2025: any updates from your offices sent to us by July 14.
- July 29, 2025: any updates from your offices sent to us by July 28.
- August 12, 2025: any updates from your offices sent to us by August 11.
- August 26, 2025: any updates from your offices sent to us by August 25.
- September 9, 2025: any updates from your offices sent to us by September 8.
- September 23, 2025: any updates from your offices sent to us by September 22.
- October 7, 2025: any updates from your offices sent to us by October 6.
- October 21, 2025: any updates from your offices sent to us by October 20.
- November 4, 2025: any updates from your offices sent to us by November 3.
- November 18, 2025: any updates from your offices sent to us by November 17.

As always, please let us know if you have any comments or concerns about the case or this request. And please confirm receipt of this email.



**Jeffrey DeSousa**
*Acting Solicitor General*
OFFICE OF ATTORNEY GENERAL JAMES UTHMEIER
850-414-3830