### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF FLORIDA

FLORIDA IMMIGRANT COALITION, *et al.*,

    *Plaintiffs*,

v.

JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*,

    *Defendants*.

No. 1:25-cv-21524-KMW

### DEFENDANT R.J. LARIZZA'S NOTICE TO THE COURT

Defendant R.J. Larizza, as State Attorney for the Seventh Judicial Circuit, gives notice to the Court of corrective action taken in the two cases with arrests identified in the Attorney General's status report filed two days ago. DE97. Those actions were taken in concurrence with the suggestion from Attorney General James Uthmeier. In one case, involving a pending criminal charge for illegal entry against Mr. Alejandro Perez (Case No. 2025-MM-001093, St. Johns County), our office has filed an intention of no information, thus dismissing the case. **See Attachment A**. In the other case, involving a conviction for driving without a license and for illegal entry against Mr. Juan Miguel Aguilar (Case No. 2025-MM-001086, St. Johns County), our office has filed a motion to vacate the charge for illegal entry that the trial court granted yesterday. **See Attachment B**.

Respectfully submitted on July 3, 2025.

JAMES UTHMEIER
  *Attorney General*

/s/ *Robert S. Schenck*
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendant R.J. Larizza*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on July 3, 2025, to all counsel of record.

                                        /s/ *Robert S. Schenck*
                                        Assistant Solicitor General