# Attachment A

Filing # 226459712 E-Filed 07/02/2025 08:25:14 AM

IN THE COUNTY COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
ST. JOHNS COUNTY, FLORIDA

CASE NUMBER: MM2501093

STATE OF FLORIDA

VS.

ALEJANDRO PEREZ
_____/
A DEFENDANT

## ANNOUNCEMENT OF NO INFORMATION

The State of Florida, by and through its undersigned Assistant State Attorney, announces and hereby files a No Information or intent not to prosecute with respect to the following charge(s):

Illegal Entry by Adult Unauthorized Alien (811.102(1))
*(Defendant taken into ICE custody pursuant to detainer.)*

Dated this __2__ day of July, 2025, A.D., at ST. JOHNS County, Florida.

_____
BENJAMIN J. RICH
ASSISTANT STATE ATTORNEY
BAR NUMBER: 0013894
4010 Lewis Speedway, Suite 2022, Bldg A
St. Augustine, FL 32084
(904) 209-1620
eservicestjohns@sao7.org

PHYSICAL EVIDENCE: SJSO/25OFF005600

__X____ IS NO LONGER NEEDED FOR COURT AND MAY BE DISPOSED OF
ACCORDING TO LAW.

_____ HOLD FOR FURTHER COURT PROCEEDINGS AND/OR INSTRUCTIONS.