# Attachment B

IN THE COUNTY COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
ST. JOHNS COUNTY FLORIDA

CASE NO.: MM25-1086

STATE OF FLORIDA,

v.

JUAN MIGUEL AGUILAR,
    Defendant.
_____/

### ORDER VACATING JUDGMENT AND SENTENCE ON COUNT II

THIS MATTER came before the Court on the State's Motion to Vacate Judgment and Sentence as to Count II. Having reviewed the file and being fully advised in the premises, it is therefore

ORDERED and ADJUDGED that

1. The State's motion is GRANTED.

2. The Judgment and Sentence as to Count II, Illegal Entry by Adult Unauthorized Alien Into Florida in violation of F.S. 811.102(1), entered by the Court on May 30, 2025, is hereby **VACATED and SET ASIDE**.

DONE and ORDERED in Chambers, in St. Johns County, Florida, on 02 day of July, 2025.

e-Signed 7/2/2025 3:27 PM 25001086MMMA
ALEXANDER R CHRISTINE JR
COUNTY COURT JUDGE

Copies to:

Office of the State Attorney