# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 18, 2025



Jeffrey Paul DeSousa
Office of the Attorney General
107 W GAINES ST
TALLAHASSEE, FL 32399-6549

Evan Matthew Ezray
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Jason H. Hilborn
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Jesse Panuccio
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Christine Kimberly Pratt
Office of the Attorney General
PL-01 - The Capitol
400 S MONROE ST
TALLAHASSEE, FL 32399-1050

Robert Scott Schenck
Office of the Attorney General
107 W GAINES ST
TALLAHASSEE, FL 32399-6549

William H. Stafford III
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Appeal Number: 25-12441-D
Case Style: Florida Immigrant Coalition, et al v. Attorney General, State of Florida
District Court Docket No: 1:25-cv-21524-KMW

# CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered. See FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after **07/17/2025**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26.1-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

5. File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. See 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at https://www.ca11.uscourts.gov/bar-admission-status-look. The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-21524-KMW |

**DEFENDANT ATTORNEY GENERAL OF FLORIDA'S**
**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Defendant James Uthmeier, in his official capacity as the Attorney General of Florida, appeals under 28 U.S.C. §§ 1291 and 1292(a)(1) to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this case on June 17, 2025 (Doc. 96). A copy of the June 17, 2025 Order is attached hereto as Exhibit A.

Dated: July 16, 2025

Respectfully submitted,

s/ *Jesse Panuccio*
Jesse Panuccio
(Florida Bar No. 31401)
Evan Ezray
(Florida Bar No. 1008228)
Jason Hilborn
(Florida Bar No. 1008829)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
jpannucio@bsfllp.com
eezray@bsfllp.com
jhilborn@bsfllp.com

*Counsel for the Attorney General of the State of Florida for the Contempt Proceedings*

1