# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*,<br>    *Plaintiffs*,<br>  v.<br>JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*,<br>    *Defendants*. | No. 1:25-cv-21524-KMW |

## FLORIDA ATTORNEY GENERAL'S BIWEEKLY STATUS REPORT

The Attorney General of Florida James Uthmeier, in compliance with this Court's order requiring biweekly status reports on "any arrests, detentions, or law enforcement actions pursuant to S.B. 4-C," DE96 at 26, states:

The Attorney General is aware of the following arrests occurring since the last status report:

- Carlos Arturo Jimenez Morales (Case No. 2025-CT-005277, Polk County): An officer working for the Bartow Police Department pulled over Mr. Jimenez Morales on July 27, 2025, for illegally changing lanes.[1] At the traffic stop, the officer requested Mr. Jimenez Morales' driver's license, which Mr. Jimenez Morales was unable to produce. A check confirmed that Mr. Jimenez Morales held no valid driver's

---

[1] The state attorney's office for the Tenth Judicial Circuit informed the Office of the Attorney General of these two arrests late in the afternoon of July 28, 2025. The state attorney's office also informed the Office of the Attorney General that, in a conversation after these arrests, State Attorney Brian Haas reminded the chief of Bartow Police Department of the Court's injunction.

license. The officer also contacted Immigration and Customs Enforcement, which confirmed that Mr. Jimenez Morales was present in the country illegally and that ICE would impose an immigration detainer on him. Mr. Jimenez Morales was arrested and charged with driving without a valid driver's license, violating a financial responsibility law under Florida Statutes Section 324.221(2), and for illegal entry into Florida.[2] The state attorney's office filed no bill for the illegal entry charge, thus dismissing that count.

- Ingrid Aracely Cruz Alva (Case No. 2025-CF-006633, Polk County): An officer working for the Bartow Police Department stopped Ms. Cruz Alva on July 27, 2025, when she was a passenger in Mr. Jimenez Morales' vehicle. At the traffic stop, the officer asked for Ms. Cruz Alva's identification, and she was unable to produce a valid driver's license. A search of her person revealed a social security card and a U.S. permanent resident identification card, both of which appeared to be fraudulent. There was no record for the number contained on the social security card. The officer contacted Immigration and Customs Enforcement,

---

[2] Bartow Police Department has a Task Force Model 287(g) agreement with the federal government, which permits Bartow Police Department's officers "to interrogate any alien or person believed to be an alien as to his right to be or remain in the United States" and "to arrest without warrant for felonies which have been committed and which are cognizable under any law of the United States regulating the admission, exclusion, expulsion, or removal of aliens." *Memorandum of Agreement* at 2, ICE, https://tinyurl.com/5n9282yv. That 287(g) agreement authorized these arrests even absent any authority under SB 4-C.

which confirmed that Ms. Cruz Alva was present in the country illegally and that ICE would impose an immigration detainer on her. The officer arrested Ms. Cruz Alva for possession of a fictitious identification and for illegal entry into Florida. The state attorney's office filed no bill for the illegal entry charge, thus dismissing that count.

Respectfully submitted on July 29, 2025.

JAMES UTHMEIER
  *Attorney General*

/s/ *Robert S. Schenck*
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on July 29, 2025, to all counsel of record.

                                           /s/ *Robert S. Schenck*
                                           Assistant Solicitor General