# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*, <br>     *Plaintiffs*, <br> v. <br> JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*, <br>     *Defendants*. | No. 1:25-cv-21524-KMW |

## NOTICE TO THE COURT

The Attorney General of Florida James Uthmeier, in compliance with this Court's order requiring notice of "any arrests pursuant to S.B. 4-C," DE96 at 26, states:

This morning, the Attorney General was made aware of the following arrests:

- Jose Bersay Diaz Salas (Case No. 2025-CT-006441, Sarasota County): An officer working for the Sarasota County Sheriff's Office arrived at the scene of a crash involving Mr. Diaz Salas on July 3, 2025. Mr. Diaz Salas had been driving on a three-lane road in the right lane, when he overcorrected to the left, crossed all three lines of traffic, and transgressed the center median. Mr. Diaz Salas then crashed into a car traveling in the other direction, extensively damaged two other cars, and caused injury to the passengers, including a juvenile. When the officer arrived on scene, he noticed the smell of alcohol emanating from Mr. Diaz Salas's breath and the smell of marijuana from Mr. Diaz Salas's car. When asked for his driver's license, Mr. Diaz Salas admitted that

he did not have one and could not get one because he was in the United States illegally. Mr. Diaz Salas was arrested and charged with driving without a valid driver's license, two counts of property damage while driving under the influence, and illegal entry into Florida.[1] The state attorney's office dismissed the illegal entry charge.

- Juan Vasquez Sales (Case No. 2025-CF-007216, Sarasota County): An officer working for the Sarasota County Sheriff's Office attempted to pull over Mr. Sales on July 28, 2025. Mr. Sales's vehicle was swerving and speeding. When Mr. Sales stopped at a dead end, the officer identified extensive damage to Mr. Sales's car consistent with a hit-and-run incident reported minutes earlier in the same area. Officers later determined that Mr. Sales's car was involved in that incident. The arresting officer noted an open bottle of Modelo in the center cup holder of Mr. Sales's car, with three more bottles of Modelo in plain view. The officer also noticed the strong smell of alcohol emanating from Mr. Sales's breath and that Mr. Sales was staggering while walking. Mr. Sales presented a Guatemalan passport and informed the officer that he did not

---

[1] The Sarasota County Sheriff's Office has a Task Force Model 287(g) agreement with the federal government, which permits its officers "to interrogate any alien or person believed to be an alien as to his right to be or remain in the United States" and "to arrest without warrant for felonies which have been committed and which are cognizable under any law of the United States regulating the admission, exclusion, expulsion, or removal of aliens." *Memorandum of Agreement* at 2, ICE, https://tinyurl.com/48by8f2p. That 287(g) agreement authorized these arrests even absent any authority under SB 4-C.

2

have a valid driver's license because he was in the United States illegally. Records indicated that Mr. Sales had been cited previously for his failure to pay a traffic fine. Mr. Sales was arrested and charged with driving under the influence while having a blood-alcohol level of 0.15 or higher, driving without a valid driver's license, and illegal entry into Florida. The state attorney's office dismissed the illegal entry charge.[2]

---

[2] The State Attorney's Office for the Twelfth Judicial Circuit also informed the Office of the Attorney General that it notified legal counsel for the Sarasota County Sheriff's Office of both arrests and requested that the sheriff's office advise the arresting officer in these cases of the Court's injunction.

Respectfully submitted on August 7, 2025.

JAMES UTHMEIER
  *Attorney General*

/s/ *Robert S. Schenck*
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on August 7, 2025, to all counsel of record.

/s/ *Robert S. Schenck*
Assistant Solicitor General
