UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FLORIDA IMMIGRANT COALITION, *et al.*,

    *Plaintiffs*,

v.

JAMES UTHMEIER, in his official capacity as the Attorney General of the State of Florida, *et al.*,

    *Defendants*.

Case No. 1:25-cv-21524-KMW

## NOTICE OF POTENTIAL VIOLATION OF PRELIMINARY INJUNCTION

Plaintiffs file this notice to inform the Court of an email by Immigration and Customs Enforcement ("ICE") to congressional offices on Monday, August 4, which claims that the State of Florida may be relying on S.B. 4-C as authority to detain people at "Alligator Alcatraz."[1] The email is attached to this filing.

The email responds to the following question: "Under what authority are individuals being held at 'Alligator Alcatraz?'" ICE responds: "ICE defers to the FL State Attorney General's office, but Florida Senate Bill 4-C, signed into law by Florida Governor DeSantis on February 13, 2025, provides: [text of S.B. 4-C including entry and reentry provisions]." In other litigation, the State and federal government have also pointed to 8 U.S.C. § 1357(g) as a source of authority.

---

[1] *See* Ana Ceballos, *Alligator Alcatraz Is No Nickname. It's Detention Camp's Official Name*, Tampa Bay Times (Jul. 1, 2025), https://www.tampabay.com/news/florida/2025/07/01/alligator-alcatraz-is-no-nickname-its-detention-camps-official-name.

1

This Court has enjoined Defendants and Florida law enforcement statewide from enforcing S.B. 4-C. ICE's email raises serious concerns about potential violations of the Court's injunction on a large scale. Plaintiffs therefore respectfully request that the Court order Defendants to respond in writing within two business days, both to explain whether the State is holding people under S.B. 4-C, and if not, to explain on what alternative legal authority it is holding people at "Alligator Alcatraz."

Date: August 7, 2025

Respectfully submitted,

/s/ Daniel B. Tilley
Daniel B. Tilley (FL Bar No. 102882)
Amy Godshall (FL Bar No. 1049803)
Amien Kacou (FL Bar No. 44302)
ACLU FOUNDATION OF FLORIDA, INC.
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2700
dtilley@aclufl.org
agodshall@aclufl.org
akacou@aclufl.org

Cody Wofsy*
Spencer Amdur*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
samdur@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

Omar Jadwat*
Grace Choi*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org
gchoi@aclu.org

Paul R. Chavez (FL Bar No. 1021395)
Evelyn Wiese (CA Bar No. 338419)*
Christina Isabel LaRocca (FL Bar No. 1025528)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 309
Miami, FL 33166
(305) 576-6273
pchavez@aijustice.org
ewiese@aijustice.org
clarocca@aijustice.org

Miriam Haskell (FL Bar No. 69033)
Alana Greer (FL Bar No. 92423)
Will Mann (FL Bar No. 1058086)
COMMUNITY JUSTICE PROJECT, INC.
3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
T: (305) 907-7697

*Admitted pro hac vice*

*Counsel for Plaintiffs*

miriam@communityjusticeproject.com
alana@communityjusticeproject.com
will@communityjusticeproject.com

## CERTIFICATE OF SERVICE

I hereby certify on August 7, 2025, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing will be timely served on all Defendants in accordance with the Federal Rules of Civil Procedure.

/s/ *Daniel Tilley*
Daniel Tilley