

**ICE Monthly Authorizers Update - Update from 7/31 on FL Facility in Alligator Alley**

**From:** <@ice.dhs.gov>
**Sent:** Monday, August 4, 2025 9:23 AM
**To:** <@ice.dhs.gov>; @mail.house.gov; @hsgac.senate.gov; <@mail.house.gov>; @judiciary-dem.senate.gov; @judiciary-dem.senate.gov; <@mail.house.gov>; @mail.house.gov; @crs.loc.gov; @mail.house.gov; <@mail.house.gov>; @hsgac.senate.gov; @mail.house.gov; <@mail.house.gov>; <@mail.house.gov>; @mail.house.gov; <@mail.house.gov>; @mail.house.gov; (HSGAC) <@hsgac.senate.gov>; <@mail.house.gov>; (HSGAC) <@hsgac.senate.gov>; @judiciary-rep.senate.gov; @mail.house.gov; <@mail.house.gov>; <@mail.house.gov>; @hsgac.senate.gov; @judiciary-rep.senate.gov; @judiciary-dem.senate.gov; <@mail.house.gov>; <@mail.house.gov>; <@mail.house.gov>; @mail.house.gov; <@mail.house.gov>; <@mail.house.gov>; <@mail.house.gov>; @loc.gov; @padilla.senate.gov; @hsgac.senate.gov; <@mail.house.gov>; @murphy.senate.gov; <@mail.house.gov>; <@mail.house.gov>; @mail.house.gov; @mail.house.gov; @padilla.senate.gov; @judiciary-dem.senate.gov; <@mail.house.gov>; <@mail.house.gov>; @judiciary-dem.senate.gov; <@mail.house.gov>; <@mail.house.gov>; @judiciary-dem.senate.gov; @hsgac.senate.gov; <@mail.house.gov>; @hsgac.senate.gov; @mail.house.gov; <@mail.house.gov>; @hsgac.senate.gov; <@mail.house.gov>; <@mail.house.gov>; @mail.house.gov; <@mail.house.gov>; <@mail.house.gov>; @mail.house.gov; <@mail.house.gov>; <@mail.house.gov>; @hsgac.senate.gov; <@mail.house.gov>; @judiciary-dem.senate.gov; <@mail.house.gov>; <@mail.house.gov>; @hsgac.senate.gov; @mail.house.gov; @hsgac.senate.gov; @mail.house.gov>; @judiciary-dem.senate.gov; <@mail.house.gov>; <@mail.house.gov>; <@mail.house.gov>; @judiciary-rep.senate.gov; @hsgac.senate.gov; @mail.house.gov; <@mail.house.gov>; @judiciary-dem.senate.gov; @hsgac.senate.gov; @crs.loc.gov; @hsgac.senate.gov; @hsgac.senate.gov; @hsgac.senate.gov; <@ice.dhs.gov>;


[redacted] <[redacted]@ice.dhs.gov>; [redacted] <[redacted]@mail.house.gov>; [redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted]@judiciary-rep.senate.gov; [redacted]@judiciary-rep.senate.gov;
[redacted] <[redacted]@ice.dhs.gov>; [redacted]<[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] (HSGAC) <[redacted]@hsgac.senate.gov>; [redacted] <[redacted]@mail.house.gov>; [redacted]<[redacted]@mail.house.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]@judiciary-dem.senate.gov; [redacted] (Judiciary-Dem) <[redacted]@judiciary-dem.senate.gov>
**Cc:** [redacted] <[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted] (CTR)
<[redacted]@associates.ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted]<[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted]<[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted]<[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@ice.dhs.gov>; [redacted]<[redacted]@ice.dhs.gov>; [redacted]
<[redacted]@hsi.dhs.gov>; [redacted]hq.dhs.gov <[redacted]@hq.dhs.gov>;
[redacted]hq.dhs.gov <[redacted]@hq.dhs.gov>; [redacted]<[redacted]@hq.dhs.gov>;
[redacted].hq.dhs.gov <[redacted]@hq.dhs.gov>;[redacted]hq.dhs.gov <[redacted]@hq.dhs.gov>;
[redacted]hq.dhs.gov <[redacted]@hq.dhs.gov>;[redacted]@judiciary-rep.senate.gov; [redacted]<[redacted]@mail.house.gov>; [redacted] (Judiciary-Dem)
<[redacted]@judiciary-dem.senate.gov>; [redacted]<[redacted]@mail.house.gov>; [redacted]
<[redacted]@mail.house.gov>;[redacted]<[redacted]@ice.dhs.gov>; GOP, Calendar (HSGAC)
<Calendar_GOP@hsgac.senate.gov>; [redacted] (HSGAC) <[redacted]@hsgac.senate.gov>; [redacted] <[redacted]@ice.dhs.gov>; [redacted] (Judiciary-Rep) <[redacted]@judiciary-rep.senate.gov>; [redacted] (HSGAC) <[redacted]@hsgac.senate.gov>
**Subject:** Re: ICE Monthly Authorizers Update - Update from 7/31 on FL Facility in Alligator Alley

Good morning,
During our call on Thursday afternoon, questions arose regarding the newest facility in Florida. Below is information; I am sorry I did not have this at hand during the OCR-Authorizers call. Let us know what questions you have.

Regards,
[redacted]
ICE Office of Congressional Relations
Cell [redacted]

---

***Alligator Alcatraz/Florida Soft-Sided Facility South (FDSSFS***

**How is DHS funding the Alligator Alcatraz facility in in Florida Everglades?**

"Alligator Alcatraz" is a Florida State facility, not a U.S. Immigration and Customs Enforcement (ICE) facility. Funds for the facility were provided by the Federal Emergency Management Agency's Shelter and Support Program (SSP) directly to the State of Florida.

As such, we defer questions regarding "Alligator Alcatraz" to the Florida Office of the State Attorney General as follows:

State Attorney General James Uthmeier
Office of the Attorney General
State of Florida
PL-01 The Capitol
Tallahassee, FL 32399-1050
POC: Meigs Lamb
meigs.lamb@em.myflorida.com
(850) 566-1899

**Under what authority are individuals being held at "Alligator Alcatraz?"**

ICE defers to the FL State Attorney General's office, but Florida Senate Bill 4-C, signed into law by Florida Governor DeSantis on February 13, 2025, provides:

- 921.1426 Automatic Death Penalty "The court shall sentence a defendant who is an unauthorized alien and who is convicted or adjudicated guilty of a capital felony to a sentence of death."
- 811.102 Illegal Entry by Adult Into the State – a 1st degree misdemeanor with a 9-month minimum mandatory jail sentence for knowingly entering or attempting to enter the state after entering U.S. by examination or inspection eluding or avoiding. A 3rd Degree Felony for a second offense with a 1-year and 1-day minimum mandatory sentence in prison. A 3rd Degree Felony for a third or more offense with a 2-year minimum mandatory prison sentence.
- There is a legal exception built in to this law stating that the suspect/defendant can't be arrested if the interaction was with law enforcement for witnessing, reporting, or being a victim of a crime and it is also an affirmative defense if Federal Authorities granted you a "lawful presence" or "discretionary relief" to remain, relief under Cuban Adjustment Act of 1966, or if entry into the US did not violate 8 USC 1325(a)
- 811.103 Illegal Re-Entry of an Adult – creates a 3rd Degree Felony with a 1-year 1-day minimum mandatory prison sentence for entering, attempting to enter, or being in this state after having been denied admission, deported, removed. In some situations, the mandatory penalty increases to 2 years in prison or goes up to 5 years in prison.
- For Chapter 811 crimes – Unless release is otherwise required by the State Constitution or the U.S. Constitution, the court shall presume that no conditions of release can reasonably assure the presence of an unauthorized alien arrested for a violation of this section at his or her trial and must order the unauthorized alien to be detained pending the disposition of the case."

o Crimes are not eligible for civil citation, pre/post-arrest diversion or any similar program
o Upon arrest for either, Law enforcement must notify DHS and give fingerprints to FDLE.

**We've heard reports that removals are being conducted directly from "Alligator Alley;" would you please confirm?**

To date, there have been no removal flights from Dade Collier. Planes have picked up detainees from Dade Collier and transferred them to ICE facilities.

*End*