UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FLORIDA IMMIGRANT COALITION,
*et al.*,

    *Plaintiffs,*

v().                                            Case No. 1:25-cv-21524-KMW

JAMES UTHMEIER, in his official capacity
as the Attorney General for the State of Florida,
*et al.*,

    *Defendants.*

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11(D)(3), I, William Carter Mann, respectfully move to withdraw from representing Plaintiffs Florida Immigrant Coalition, Y.M., and V.V. in this action.

Plaintiffs have received notice of my intention to withdraw from this matter and will continue to be represented by adequate counsel, including those whose signatures and addresses are listed below. My withdrawal will not result in any prejudice, delay, or continuance of trial or any other pending dates. Counsel for Defendants do not oppose this motion.

Dated: August 15, 2025                     Respectfully submitted,
                                                     /s/ William Carter Mann

1

Cody Wofsy*
Spencer Amdur*
Hannah Steinberg*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS
PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
samdur@aclu.org
hsteinberg@aclu.org
osarabia@aclu.org

Omar Jadwat*
Grace Choi*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS
PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
ojadwat@aclu.org
gchoi@aclu.org

Amy Godshall (FL Bar No. 1049803)
Daniel B. Tilley (FL Bar No. 102882)
ACLU FOUNDATION OF FLORIDA,
INC.
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2700
agodshall@aclufl.org
dtilley@aclufl.org
akacou@aclufl.org

Paul R. Chavez (FL Bar No. 1021395)
Christina Isabel LaRocca (FL Bar No. 1025528)
AMERICANS FOR IMMIGRANT
JUSTICE
6355 NW 36 Street, Suite 309
Miami, FL 33166
(305) 576-6273
pchavez@aijustice.org
ewiese@aijustice.org
clarocca@aijustice.org

Miriam Haskell (FL Bar No. 69033)
Alana Greer (FL Bar No. 92423)
Will Mann (FL Bar No. 1058086)
COMMUNITY JUSTICE PROJECT,
INC. 3000 Biscayne Blvd., Suite 106
Miami, Florida 33137
T: (305) 907-7697
miriam@communityjusticeproject.com
alana@communityjusticeproject.com
will@communityjusticeproject.com

*Admitted pro hac vice
**Attorneys for Plaintiffs**

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by the Court's CM/ECF system on August 15, 2025, which affected service on all counsel or parties of record.

/s/ William Carter Mann
*Counsel for Plaintiff*