## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

FLORIDA IMMIGRANT COALITION, *et al.*,

        *Plaintiffs*,

    v.

JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*,

        *Defendants*.

No. 1:25-cv-21524-KMW

### NOTICE TO THE COURT

The Attorney General of Florida James Uthmeier, in compliance with this Court's order requiring notice of "any arrests pursuant to S.B. 4-C," DE96 at 26, states:

This morning, the Attorney General was made aware of the following arrests:

- Roberto Carlos Verdugo-Luna (Case No. Not Available Yet, Manatee County): An officer working for the Bradenton Police Department pulled Mr. Verdugo-Luna over on October 4, 2025. Mr. Verdugo-Luna was driving a work truck with unsecured tree branches and landscaping equipment that were freely moving in the bed of the truck. When the officer asked for his driver's license, Mr. Verdugo-Luna informed the officer that he did not have one, and then modified that statement to claim that his license had expired. Using immigration-law training from ICE, the officer contacted ICE, and an ICE Sergeant interviewed Mr. Verdugo-Luna by phone. The ICE Sergeant confirmed that Mr. Verdugo-Luna was in the country illegally. ICE then issued an immigration

detainer for Mr. Verdugo-Luna and Mr. Verdugo-Luna was charged with driving on a driver's license expired more than 6 months and with illegal entry into Florida.[1] The state attorney's office will dismiss the illegal entry charge.

- Juan Manuel Cortez-Martinez (Case No. Not Available Yet, Manatee County): An officer working for the Bradenton Police Department responded to a reported vehicle crash on October 5, 2025. When the officer arrived, there was no crash; instead, Mr. Cortez-Martinez's engine block had fallen out and he was blocking a lane of traffic. The officer needed to confirm that there were no outstanding warrants for Mr. Cortez-Martinez or on the vehicle before towing. So the officer questioned Mr. Cortez-Martinez, who stated that he did not have a driver's license. The officer's database search revealed no records of Mr. Cortez-Martinez. Using immigration-law training from ICE, the officer contacted ICE, and an ICE officer interviewed Mr. Cortez-Martinez by phone, when Mr. Cortez-Martinez volunteered that he had been in the country

---

[1] The Bradenton Police Department has a Task Force Model 287(g) agreement with the federal government, which permits its officers "to interrogate any alien or person believed to be an alien as to his right to be or remain in the United States" and "to arrest without warrant for felonies which have been committed and which are cognizable under any law of the United States regulating the admission, exclusion, expulsion, or removal of aliens." *Memorandum of Agreement* at 2, ICE, https://tinyurl.com/yrc2ba2x. The officer in both cases detailed here had training required under the 287(g) agreement. That 287(g) agreement authorized these arrests even absent any authority under SB 4-C. The State Attorney's Office for the Twelfth Judicial Circuit also informed the Office of the Attorney General that it will notify the Bradenton Police Department to remind the officer of the Court's injunction.

illegally. ICE then issued an immigration detainer for Mr. Cortez-Martinez. Mr. Cortez-Martinez was charged with driving without a valid driver's license and with illegal entry into Florida. The state attorney's office will dismiss the illegal entry charge.

Respectfully submitted on October 6, 2025.

JAMES UTHMEIER
  *Attorney General*

/s/ *Robert S. Schenck*
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on October 6, 2025, to all counsel of record.

/s/ *Robert S. Schenck*
Assistant Solicitor General