# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

FLORIDA IMMIGRANT COALITION, *et al.*,

          *Plaintiffs,*

    v.

JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*,

          *Defendants.*

No. 1:25-cv-21524-KMW

## FLORIDA ATTORNEY GENERAL'S BIWEEKLY STATUS REPORT

The Attorney General of Florida James Uthmeier, in compliance with this Court's order requiring biweekly status reports on "any arrests, detentions, or law enforcement actions pursuant to S.B. 4-C," DE96 at 26, states:

The Attorney General is not aware of any arrests under SB 4-C since the Court's order on April 18, 2025, that have not been disclosed in prior status reports and notices to the Court.

Respectfully submitted on November 4, 2025.

JAMES UTHMEIER
  *Attorney General*

/s/ *Robert S. Schenck*
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitors General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on November 4, 2025, to all counsel of record.

/s/ *Robert S. Schenck*
Assistant Solicitor General