## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*,<br><br>　　　　*Defendants*. | No. 1:25-cv-21524-KMW |

### NOTICE TO THE COURT

The Attorney General of Florida James Uthmeier, in compliance with this Court's order requiring notice of "any arrests pursuant to S.B. 4-C," DE96 at 26, states:

On Wednesday evening, the Attorney General was made aware of the following arrests:

- Pedro Romeo Ordonez Ordonez (Case No. 2025-MM-024227, Lee County): A Florida Highway Patrol officer responded to an accident in Lee County on November 17, 2025. Mr. Ordonez Ordonez was identified as the driver of one of the vehicles involved. When questioned by the officer, Mr. Ordonez Ordonez produced a Guatemalan ID card, and the officer was unable to locate any valid driver's license. The officer also contacted ICE, which confirmed that Mr. Ordonez Ordonez had entered the country illegally. Mr. Ordonez Ordonez was arrested and charged with driving without a valid driver's license and with illegal entry into

Florida.[1] ICE then issued an immigration detainer for Mr. Ordonez Ordonez. The state attorney's office filed no information on December 4, 2025, dismissing the illegal entry charge.

- Maynor Ordonez Mejia (Case No. 2025-MM-024228, Lee County): In the same incident detailed above, the Florida Highway Patrol officer identified Mr. Mejia as the passenger of Mr. Ordonez Ordonez. Mr. Mejia also produced a Guatemalan ID card, and he was also a registered owner of the vehicle involved in the accident. ICE confirmed that Mr. Mejia had also entered the country illegally. ICE then issued an immigration detainer for Mr. Mejia. Mr. Mejia was charged with a public order crime for failure to have a driver's license, under Florida Statutes Section 322.031, and with illegal entry into Florida. The state attorney's office filed no information on December 4, 2025, dismissing the illegal entry charge.

---

[1] The Florida Highway Patrol has a Task Force Model 287(g) agreement with the federal government, which permits its officers "to interrogate any alien or person believed to be an alien as to his right to be or remain in the United States" and "to arrest without warrant for felonies which have been committed and which are cognizable under any law of the United States regulating the admission, exclusion, expulsion, or removal of aliens." *Memorandum of Agreement* at 2, ICE, https://tinyurl.com/5epbw6vf. That 287(g) agreement authorized these arrests even absent any authority under SB 4-C.

Respectfully submitted on December 7, 2025.

JAMES UTHMEIER
  *Attorney General*

/s/ *Robert S. Schenck*
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
  *Deputy Solicitor General*
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on December 7, 2025, to all counsel of record.

/s/ *Robert S. Schenck*
Deputy Solicitor General