UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-21524-KMW |

## NOTICE TO THE COURT

The Attorney General of Florida James Uthmeier, in compliance with this Court's order requiring notice of "any arrests pursuant to S.B. 4-C," DE96 at 26, states:

This afternoon, the Attorney General was made aware of the following arrest:

- Juan Pedro Francisco (Case No. 2025-MM-003295, Okaloosa County): An Okaloosa County Sheriff's Office deputy pulled over a vehicle for speeding in an active school zone. The deputy arrested the driver for driving without a valid driver's license and ICE issued a detainer for the driver. The deputy then conducted a roadside interview of the passenger, Mr. Francisco. In that interview, Mr. Franscisco admitted that he was not in the country lawfully and had evaded examination or inspection by immigration officers when entering the United States. ICE then confirmed that Mr. Franscisco was unlawfully present in the

country.[1] The state attorney's office entered a nolle prosequi on January 6, 2026, dismissing the illegal entry charge.

Respectfully submitted on January 6, 2026.

JAMES UTHMEIER
  *Attorney General*

/s/ *Robert S. Schenck*
JEFFREY P. DESOUSA (FBN 110951)
  *Acting Solicitor General*
NATHAN A. FORRESTER (FBN 1045107)
  *Chief Deputy Solicitor General*
ROBERT S. SCHENCK (FBN 1044532)
  *Deputy Solicitor General*
CHRISTINE PRATT (FBN 100351)
  *Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jeffrey.desousa@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*robert.schenck@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*

*Counsel for Defendants*

---

[1] The Okaloosa County Sheriff's Office has a Task Force Model 287(g) agreement with the federal government, which permits its officers "to interrogate any alien or person believed to be an alien as to his right to be or remain in the United States" and "to arrest without warrant for felonies which have been committed and which are cognizable under any law of the United States regulating the admission, exclusion, expulsion, or removal of aliens." *Memorandum of Agreement* at 2, ICE, https://tinyurl.com/3v27a84h. That 287(g) agreement authorized these arrests even absent any authority under SB 4-C.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on January 6, 2026, to all counsel of record.

/s/ *Robert S. Schenck*
Deputy Solicitor General