**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| FLORIDA IMMIGRANT COALITION, *et al.*,<br>*Plaintiffs*,<br>v.<br>JAMES UTHMEIER, in his official capacity as Attorney General for the State of Florida, *et al.*,<br>*Defendants*. | No. 1:25-cv-21524-KMW |

**FLORIDA ATTORNEY GENERAL'S BIWEEKLY STATUS REPORT**

The Attorney General of Florida James Uthmeier, in compliance with this Court's order requiring biweekly status reports on "any arrests, detentions, or law enforcement actions pursuant to S.B. 4-C," DE96 at 26, states:

The Attorney General is not aware of any arrests under SB 4-C since the Court's order on April 18, 2025, that have not been disclosed in prior status reports and notices to the Court.

Respectfully submitted on September 9, 2026.

JAMES UTHMEIER
*Attorney General*

/s/ Tyler E. Gustafson
NATHAN A. FORRESTER (FBN 1045107)
*Chief Deputy Solicitor General*
CHRISTINE PRATT (FBN 100351)
*Deputy Solicitor General*
TYLER E. GUSTAFSON (FBN 1049292)
*Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399
Phone: (850) 414-3300
Facsimile: (850) 410-2672
*jenna.hodges@myfloridalegal.com*
*nathan.forrester@myfloridalegal.com*
*christine.pratt@myfloridalegal.com*
*tyler.gustafson@myfloridalegal.com*

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on September 9, 2026, to all counsel of record.

/s/ *Tyler E. Gustafson*
Assistant Solicitor General